UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       PLAINTIFF,

V.

PEOPLEMARK, INC.,

       DEFENDANT.

CASE NO. 1:08-CV-907

ROBERT J. JONKER
U.S. DISTRICT JUDGE

_____

### ANSWER TO COMPLAINT
_____

For its Answer to the Complaint filed herein, defendant, Peoplemark, Inc., states:

1.      The allegations of paragraph 1 of the Complaint are admitted.

2.      The allegations of paragraph 2 of the Complaint are denied.

3.      The allegations of paragraph 3 of the Complaint are admitted.

4.      The allegations of paragraph 4 of the Complaint are admitted.

5.      The allegations of paragraph 5 of the Complaint are admitted.

6.      For lack of information sufficient to form a belief regarding the allegations of paragraph 6 of the Complaint, those allegations are denied.

7.      The allegations of paragraph 7 of the Complaint are denied.

8.      The allegations of paragraph 8 of the Complaint are denied.

9.      Any allegations contained within the Complaint which have not been specifically admitted are denied.

10. The Complaint fails to state a claim for which relief can be granted against this Defendant.

11. The Plaintiff in this lawsuit has failed to conciliate this matter as it is required to do by law. Accordingly, the claims asserted by it in this action are barred.

12. To the extent that Sherri Scott and/or anyone else on whose behalf this lawsuit is alleged to have been filed have failed to mitigate any alleged damages incurred by them, the claims asserted by Plaintiff are barred.

13. This action is barred by the offsetting and overriding legitimate business considerations of Defendant with regard to potential third party liability incurred by Defendant absent the enforceability of its current policies.

WHEREFORE, Defendant prays that the Complaint against it be dismissed; for its costs and attorneys fees incurred in defending this action; and for all further and proper relief to which it may be entitled.

Respectfully submitted,

s/ Carolyn W. Schott
Carolyn W. Schott (TN Bar # 021811, MI Bar #49897)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Commerce Center
Suite 1000
211 Commerce Street
Nashville, Tennessee 37201
(615) 726-5600
(615) 726-0464
cschott@bakerdonelson.com

Edward R. Young (TN Bar #008373)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 577-2341
(901) 577-0879
eyoung@bakerdonelson.com

-4-

## **CERTIFICATE OF SERVICE**

       I, Carolyn W. Schott, certify that on November 13, 2008, the foregoing was served on the parties listed below via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

      Laurie A. Young
      Regional Attorney

      Deborah M. Barno (P44525)
      Supervisory Trial Attorney

      Omar Weaver (P58861)
      Trial Attorney

      Equal Employment Opportunity Commission
      Detroit Field Office
      Patrick V. McNamara Building
      477 Michigan Avenue, Room 865
      Detroit, Michigan  48226
      313-226-3407
      e-mail: omar.weaver@eeoc.gov

                                            s/ Carolyn W. Schott