UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

      PLAINTIFF,

v.                                                                 CASE NO.1:08-CV-907
                                                               Robert J. Jonker
                                                               United States District Judge

PEOPLEMARK, INC.,

      DEFENDANT.

_____

DEFENDANT PEOPLEMARK INC.'S MOTION TO COMPEL RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

_____

Pursuant to Federal Rules of Civil Procedure 33, 34, and 37, Defendant Peoplemark, Inc. respectfully moves this Court for an order compelling Plaintiff to immediately provide full and complete responses to Defendant's First Set of Interrogatories and Request for Production of Documents to Defendant.  Peoplemark asks that the Court award it its attorneys' fees, costs and other appropriate sanctions pursuant to bringing this Motion, including dismissal of the Complaint with prejudice.

Filed contemporaneously with this Motion are a Memorandum in Support of Defendant's Motion To Compel, and a Certificate of Compliance with Local Rule 7.1(d), which is attached as Exhibit 6 to the supporting memorandum.

                                                  Respectfully submitted,

                                                  BY: s/Edward R. Young

        Tennessee Bar No. 008373
        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.
        First Tennessee Building
        165 Madison Avenue, Suite 2000
        Memphis, TN  38103
        901-577-2341
        eyoung@bakerdonelson.com
        *Attorney for* PEOPLEMARK, INC.

## CERTIFICATE OF SERVICE

The undersigned certifies that on August___, 2009, the foregoing was served on the parties listed below via electronic mail and first class mail, postage prepaid:

Laurie A. Young
Regional Attorney
Laurie.young@EEOC.gov

Deborah M. Barno (P44525)
Supervisory Trial Attorney
Deborah.barno@EEOC.gov

Omar Weaver (P58861)
Trial Attorney
Omar.weaver@EEOC.gov

Equal Employment Opportunity Commission
Detroit Field Office
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan  48226
313-226-3407


        s/Edward R. Young

2