## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,**

      Plaintiff,

v.

      Case No.  1:08-cv-907
      HON. ROBERT J. JONKER

**PEOPLEMARK, INC.,**

      Defendant.

---

## MOTION FOR SUMMARY JUDGMENT; ALTERNATIVELY
## FOR DISMISSAL UNDER *FEDERAL RULE CIVIL PROCEDURE* 37 (b)(2)

---

Defendant Peoplemark, Inc. ("Peoplemark") hereby moves for summary judgment pursuant to R. 56 Fed.R.Civ.P. in this case on the grounds that there is no genuine issue as to any material fact and that Peoplemark is entitled to a judgment as a matter of law.  Additionally, Peoplemark moves that the EEOC's complaint be dismissed and Peoplemark be awarded its fees and expenses as a sanction under Fed.R.Civ.P. 37(b)(2).

The Court is respectfully referred to the Memorandum in Support of Defendant Peoplemark's Motion for Summary Judgment filed herewith of even date, together with: (1) the Declaration of Malcolm S. Cohen, Ph. D. and the expert report of Malcolm S. Cohen. Ph. D.; and (2) excerpts of sworn deposition testimony of Jerry Thomas, Paul Brown, Shaun Cady, and Joseph Taylor.  Excerpts of the depositions of Terry Duff and Jackie Patterson and also included because they are mentioned in Dr. Cohen's report.  Finally, the Court is referred to the Certificate of Consultation of Edward Young.

Respectfully submitted,

s/Edward R. Young
Edward R. Young (BPR # 008373)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Tel:  (901) 577-2230
Fax: (901) 577-0836
Email: eyoung@bakerdonelson.com

*Attorney for Defendant Peoplemark, Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 25, 2010, the foregoing was served on the parties listed below via electronic mail and first class mail, postage prepaid:

Laurie A. Young
Regional Attorney
Laurie.young@EEOC.gov

Deborah M. Barno (P44525)
Supervisory Trial Attorney
Deborah.barno@EEOC.gov

Omar Weaver (P58861)
Trial Attorney
Omar.weaver@EEOC.gov

Equal Employment Opportunity Commission
Detroit Field Office
Patrick V. McNamara Building
477 Michigan Avenue, Room 865
Detroit, Michigan  48226
313-226-3407

s/Edward R. Young