UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

PEOPLEMARK, INC.,

        Defendant.
_____/

Case No. 1:08-cv-907

HONORABLE
ROBERT J. JONKER

MAGISTRATE JUDGE
HUGH W. BRENNEMAN, JR.

# *EXPEDITED CONSIDERATION REQUESTED*
## Plaintiff's Response to Defendant's Summary Judgment Motion is due on Thursday, March 25, 2010

### JOINT MOTION TO DISMISS

      Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Equal Employment Opportunity Commission and Defendant Peoplemark, Inc. (herein after referred to as "parties"), hereby move this Honorable Court to enter an Order of Dismissal with prejudice in the above captioned action. The parties agree that Peoplemark is the prevailing party for purposes of determining Peoplemark's entitlement to costs and attorney's fees under section 706(k) of Title VII, and that the amount of such costs and fees should be decided by the Court if the issue is not resolved through voluntary mediation.  Accordingly, the parties further move this Honorable Court to retain jurisdiction of this matter for the purpose of determining Peoplemark's entitlement to costs and attorney's fees if that issue is not resolved through mediation.

                                            Respectfully submitted,

Dated:  March 24, 2010                  EQUAL EMPLOYMENT OPPORTUNITY
                                            COMMISION

                                            s/OmarWeaver

Omar Weaver  (P58861)
Detroit Field Office
Patrick V. McNamara Federal Building
477 Michigan Avenue, Room 865
Detroit, MI 48226
Tel:  (313) 226-3407
Email:  omar.weaver@eeoc.gov

PEOPLEMARK, INC.

s/Edward R. Young
Edward R. Young (BPR # 008373)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Attorneys for Defendant
165 Madison Avenue, Suite 2000
Memphis, TN  38103
Tel:  (901) 577-2230
Email:  eyoung@bakerdonelson.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,

v.

PEOPLEMARK, INC.,

       Defendant.
_____/

Case No. 1:08-cv-907

HONORABLE
ROBERT J. JONKER

MAGISTRATE JUDGE
HUGH W. BRENNEMAN, JR.

## MEMORANDUM OF LAW IN SUPPORT OF JOINT MOTION TO DISMISS

The parties rely on Fed. R. Civ. P. 41(a) in support of this motion.

Respectfully submitted,

Dated:  March 24, 2010

EQUAL EMPLOYMENT OPPORTUNITY
COMMISION

s/OmarWeaver
Omar Weaver  (P58861)
Detroit Field Office
Patrick V. McNamara Federal Building
477 Michigan Avenue, Room 865
Detroit, MI 48226
Tel:  (313) 226-3407
Email:  omar.weaver@eeoc.gov

PEOPLEMARK, INC.

s/Edward R. Young
Edward R. Young (BPR # 008373)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Attorneys for Defendant
165 Madison Avenue, Suite 2000
Memphis, TN  38103
Tel:  (901) 577-2230
Email:  eyoung@bakerdonelson.com

3