UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,                       Case No.  1:08CV907

v.                                           Hon. Robert J. Jonker

PEOPLEMARK, INC.,

        Defendant.
_____/

**ORDER OF DISMISSAL**

The Court, having reviewed the parties' Joint Motion to Dismiss, orders that the above captioned matter be dismissed with prejudice.  The court retains jurisdiction of this matter for the purpose of determining Peoplemark's entitlement, as the prevailing party, to costs and attorney's fees under section 706(k) of Title VII, if this issue is not resolved through mediation.  The prevailing party shall file a motion for attorney fees under Rule 54(d)(2) not later than **April 30, 2010**.

                                                      /s/ Robert J. Jonker
                                                         Robert J. Jonker
                                               United States District Judge

Date:  March 29, 2010