EXHIBIT U

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | Case No. 1:08-cv-907 |
| | ) | |
| Plaintiff, | ) | HONORABLE |
| | ) | ROBERT J. JONKER |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| PEOPLEMARK, INC., | ) | HUGH W. BRENNEMAN, JR. |
| | ) | |
| Defendant. | ) | |

## **DECLARATION OF JANICE F. MADDEN, Ph.D.**

I, Janice F. Madden, Ph.D., state the following:

1.      I am a labor economist with extensive experience in the analysis of labor markets. I am tenured as a Professor of Regional Science, Sociology, and Real Estate at the University of Pennsylvania ("Penn"). I formerly held the Robert C. Daniels Term Chair in Urban Studies at Penn. I am currently associate chair of the Department of Sociology and have recently been chair of the Doctoral Program in Demography at Penn. I have also served as Vice Provost for Graduate Education at Penn, the chief academic officer for graduate education, from 1991 to 1999. I came to Penn in 1972 after completing a M.A. and Ph.D. in economics at Duke University, following the completion of a B.A. in economics at the University of Denver in 1969. I teach courses dealing with economics, labor markets, and the relevant statistics for both graduate and undergraduate students at Penn. My research dealing with the effects of race, gender, and urban location on labor market outcomes and metropolitan variations in income distribution has been published in the most prestigious economics journals. I have written five books: The Economics of Sex Discrimination (1972, reprinted 1975); Post-Industrial

Philadelphia (1990); Work, Wages, and Poverty (1991); Changes in Income and Inequality within U.S. Metropolitan Areas (2000); and Mommies and Daddies on the Fast Track: Success of Parents in Demanding Professions (2004). I have lectured at the Federal Judicial Center on the use of statistics in discrimination litigation. I am also a senior consultant with Econsult Corporation. As a consultant at Econsult, I have been retained as an expert by both plaintiffs and defendants in discrimination litigation involving ethnicity, race, age, and gender. These cases have involved complex statistical analyses involving thousands of employees. I have inspected and analyzed numerous computerized employee databases in the course of my work. My more detailed credentials are listed in my curriculum vitae, attached as Exhibit A to this declaration.

2.      I had been retained by the United States Equal Employment Opportunity Commission (EEOC) as its expert labor economist in the above referenced matter. I have now been asked to evaluate the bills presented by Dr. Malcolm Cohen and his firm, Employment Research Corporation, who were retained by Peoplemark for work on this matter.

3.      The total charges, in excess of half a million dollars, included in the bills presented by Dr. Malcolm Cohen and his firm, Employment Research Corporation, are astounding. From my own familiarity with the documents and the electronic databases provided by Peoplemark, I cannot understand how expenditures of this magnitude could have occurred.

4.      The task of evaluating the reasons why Employment Research Corporation's charges are so high is complicated, however, by the vague statements of what was actually done and the descriptions of the "work done" on the billing forms. There is no indication of the tasks actually performed in either Dr. Cohen's declaration or in the billing statements.

5.      Even after reviewing Dr. Cohen's declaration, the bills from Employment Research Corporation, and Dr. Cohen's reply to Professor Pager's report, I cannot determine the basis for

2

the amounts billed. It appears that he and his company would have performed the same basic data preparation tasks I was pursuing, that is: (1) prepare the Empact electronic data and the payroll electronic data for statistical analysis; (2) create an electronic database on applicants from the paper applications; and (3) collect data from the U.S. Census to determine the share of African Americans among people searching for employment in the relevant jobs and locations. (There is no direct indication that Employment Research Corporation actually performed the second task, which is clearly the most costly of the three tasks indicated. The results reported by Dr. Cohen were all based on the Empact electronic data and the payroll electronic data.) Of course, they would also statistically analyze the data once it was prepared, but those analyses are usually largely conducted after the defendant has received a report from the plaintiff. Clearly, a written statistical report would only be started after receiving the plaintiff's report.[1] The most time consuming and expensive tasks, however, are clearly those involved in data preparation. Data preparation includes the clerical task of data entry and the more complex task of coding the data.[2]

      6.      Both Employment Research Corporation and my company, Econsult Corporation, had to perform the same data preparation tasks. One way to assess the reasonableness of Employment Research Corporation's bills is to compare them to the expenditures by Econsult Corporation for the same tasks. We were on schedule to have our report completed for submission to the Court on February 12, 2010, when our work was stopped on February 2. For all work on this matter up to and including February 2, we had billed the EEOC a total of

---

1      Dr. Cohen also prepared a report in response to Professor Devah Pager, which is addressed below.

2      By using the terms "coding the data," I am referring to the process by which the electronic entry of alphameric information is transformed into a variable format that a statistical program can interpret. For example, the data entry of a hypothetical item such as "graduated Central high school" could be coded as "12" for years of education or as "1" for a variable indicating whether the applicant is a high school graduate (or with a "0" for someone who has not graduated).

$62,954.60.[3] Because it was much more efficient to have data entry performed by a vendor, we had the data from the 200,000 pages of paper applications entered by Valora Technologies at a cost of $97,790. So the complete expenditures on preparing the statistical evidence up to February 2 were $160,744.60. In using Econsult's charges as a basis for evaluating the reasonableness of Employment Research Corporation's charges, I must make the work performed by each group comparable. Therefore, I remove from Employment Research Corporation's total bill the charges for Dr. Cohen's response to Professor Pager's report and his preparation for deposition, which I estimate from the bills to be $53,130.07[4]. Similarly, because Dr. Cohen could not yet have started on his written response to my report, I remove the charges for my own time in writing my report, $4,800. The result is that tasks for which Econsult charged $155,944.60, Employment Research Corporation charged $473,247.80, including Dr. Cohen's fees for reviewing six depositions. It is impossible to determine from the billing statements the charges due to this review, but the charges should be relatively small for this task.

7. There do seem to be differences in the way that the Census data were being handled by Econsult and by Employment Research Corporation, which are probably cost-offsetting. At the time Econsult stopped work on this case, we had not yet downloaded the data from the U.S. Census on availability. It is clear that Employment Research Corporation had performed this task.[5] The downloading of the Census data and comparing it to the Peoplemark outcomes is an easy task, once the occupations of applicants have been coded and aggregated. This task would take about a day of an Econsult analyst's time, or work that would cost less than $2,500.

---

3    The bills that Econsult presented to the EEOC are attached.

4    This estimate is extremely generous to Employment Research Corporation. I have allotted the last two bills (the bill covering 2/11/2010, when report preparation is first listed, through the report submission date of 2/22/2010) and the entire last bill (the bill covering 3/6/2010 through 3/15/2010, which notes deposition preparation) as expenses arising directly from preparation of report in response to Professor Devah Pager and the deposition.

5    Dr. Cohen's report in response to Professor Pager included an analysis of Census availability.

4

However, Econsult had completed the more arduous task of coding and aggregating the occupations of applicants. Econsult seemingly used a much greater level of occupational detail than Employment Research Corporation used and compared the occupations of applicants, rather than that of jobs placed "into" at Peoplemark. Therefore, the Econsult analyses of Census data were likely more complex, requiring more time. We billed almost $10,000 for this coding of the alphameric occupational data entries, which would have been reduced by at least half had we only coded occupation at the EEO single digit code level (which is the apparent level of occupational coding performed by Employment Research Corporation), rather than the detailed three digit occupational level. Furthermore, if Employment Research Corporation only coded the jobs into which Peoplemark placed hires, rather than the jobs held by all of the applicants in the paper database, the Econsult charge would be reduced by 80%.

8. The reasons for these stark differences in expenditures are not differences in hourly rates, as our hourly rates are comparable and sometimes higher. Some differences may arise from efficiency of staff and the assignment of tasks to staff. As an example, I presume that Employment Research Corporation entered (or keyed in) and coded the data from the paper applications. (If they did not, then the basis for the extensive "data management" billings is a complete mystery.) As there is no one listed charging less than $125 an hour, and most are charging far more, there is no one charging a reasonable amount for the basic clerical tasks of data entering (or keying). Econsult had Valora Technologies perform the basic clerical task of simple data entry while Econsult analysts performed only the more complex task of coding the entered data.[6] If Econsult had decided to enter these data using our own research staff, our bills would have been a multiple of the Valora Technologies charges. Basically, Employment Research

---

6 See footnote 2 above for an explanation of the distinction between data entry and data coding.

Corporation charged more for basic clerical tasks than Valora Technologies which performed these tasks for Econsult.

9.      Another indication that task management and efficiency might explain the differences in the bills between the two companies is evident. There were several periods when large amounts were charged, but where Dr. Cohen was not supervising the effort (as indicated by there being no charges for his time). From August 10, 2009 through September 1, Employment Research Corporation billed $69,518.75, with no time charged by Dr. Cohen. From December 2, 2009 through December 30, Employment Research Corporation billed $67,167.50, with no time charged by Dr. Cohen. From January 4, 2010 through January 14, Employment Research Corporation billed $35,946.25, with no time charged by Dr. Cohen.

10.     I also note that Dr. Cohen charged $3600 for eight hours of time when his deposition was cancelled. While this amount is not included in the comparison because it was attributed to the extra tasks involved in responding to Professor Pager's report, it is surprising. I have never seen charges for time not spent due to cancellations of depositions before. Such cancellations have occurred several times in my career and I have never known anyone to charge for time not spent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2010

*Janice F. Madden*

JANICE F. MADDEN, Ph.D.

Econsult Corporation
3600 Market St., Sixth Floor
Philadelphia, PA  19104

## JANICE FANNING MADDEN

**ADDRESS:**   Department of Sociology
University of Pennsylvania
3718 Locust Walk
Philadelphia, PA  19104-6299

**TELEPHONE:**
Office       (215) 898-6739
Home       (215) 546-5144
Fax          (215) 898-2124
E Mail       madden@ssc.upenn.edu

**PERSONAL:**   Born 1/30/47
U.S. Citizen

**EDUCATION:**   Duke University, Durham, North Carolina
M.A., Economics, 1971
Ph.D., Economics, 1972

University of Denver, Colorado
B.A., *cum laude*, Economics, 1969

## EMPLOYMENT:

University of Pennsylvania, Philadelphia, PA:

Professor, Department of Sociology, 1994 to present; Department of Regional Science, 1988 to 1994; Associate Professor, 1979-88; Assistant Professor, 1972-78.  Professor, Department of Real Estate, The Wharton School, 1990 to present.

Associate Chair, Department of Sociology, 2009-10

Chair, Graduate Group in Demography, 2007-8.

Director of Alice Paul Research Center and the Women's Studies Program, chair, Women's Studies Undergraduate Major, University of Pennsylvania, 1988-1991; 2002-2004.

Interim Director (1998-99); Director of the Masters of Government Administration Program (2000-2002), Fels Institute of Government

Vice Provost for Graduate Education, 1991 to 1999.

Undergraduate Chair, Department of Regional Science, 1979-91.

Member of the Graduate Groups in Regional Science, in Demography, in Sociology, and in City and Regional Planning.

Research Associate, Population Studies Center.

Professor, Fels Center of Government, 1999 to present.

Co-Director, Penn-Temple Philadelphia Economic Monitoring Project, 1987-91.

Visiting Scholar, Research Division, Federal Reserve Bank of Philadelphia, 1999-2000 and 2005.

Visiting Scholar, Indonesia Second University Development Project, University of Indonesia, Jakarta, 1991.

Member and Consultant, Scientific Advisory Committee, U.S. Army Family Research Program, 1987-92.

Consultant, HCR, Washington, D.C. 1983-85.

Faculty, Federal Judicial Center, Washington, D.C. 1983-84.

Board of Directors (1980-2002) and Consultant (1980-present), Econsult Corp., Philadelphia, PA.

Consultant, U.S. Equal Employment Opportunity Commission, 1979-1991.

Consultant, U.S. Department of Justice, 1984-1988.

Consultant, Abt Associates, Cambridge, Mass., 1979-81.

Staff Economist, National Commission on Employment and Unemployment Statistics Washington, D.C., 1978.

Instructor, Department of Economics, Duke University, Durham, NC, 1971-72.

Consultant, Low Income Housing Corporation, Durham, NC, 1971.

Economist, Federal Power Commission, Washington, D.C., 1970.

## HONORS:

Boettcher Scholar, 1965-69
Phi Beta Kappa, 1969
AAUW Outstanding Senior Woman, 1969
James B. Duke Fellow, 1969-72

Manpower Development and Training Act Dissertation Fellow, 1972
Robert C. Daniels Foundation Term Chair in Urban Studies, 1990-2000
Academic Excellence Award, Trustees' Council of Penn Women, 1997
Leadership Alliance Award, 1999
Woman of Distinction, 2000, *Philadelphia Business Journal*
Fritz Pollard Alliance (NFL) Game Ball Award, 2004
Faculty Award, Friars Senior Society of the University of Pennsylvania, 2004
Ballard Scholar, University of Pennsylvania Real Estate Center, 2005
Penn Women's Center 2007 Leadership Award
Fellow, Regional Science Association International, elected 2009
Chair, North American Regional Science Council, 2010

## PUBLICATIONS:

### Books:

*The Economics of Sex Discrimination* (Lexington, Mass.: D.C. Heath and Company, 1973).
Second Printing, 1975.

*Post-Industrial Philadelphia: Structural Changes in the Metropolitan Economy* with William
Stull (Philadelphia: University of Pennsylvania Press, 1990).

*Work, Wages, and Poverty: Income Distribution in Post-Industrial Philadelphia* with William
Stull (Philadelphia: University of Pennsylvania Press, 1991).

*Changes in Income Inequality within U.S. Metropolitan Areas* (Kalamazoo, MI: Upjohn Institute
for Employment Research, 2000).

*Mommies and Daddies on the Fast Track: Success of Parents in Demanding Professions* with
Jerry A. Jacobs (ed.) *The Annals of the American Academy of Political and Social
Sciences,* (November 2004)

### Articles:

"Reply to: Differences in the Success of NFL Coaches by Race: A Different Perspective," with
Matthew Ruther, *Journal of Sports Economics* Vol. 10(4), pp. 543-550.

"Practitioners' Roles and Practicum Courses in the Degree Program," with Robert Garris and
William M. Rodgers III, *Journal of Policy Analysis and Management*, Vol. 27(4) Autumn
2008, pp. 992-1003.

"Population Changes and the Economy," *Wharton Real Estate Review*, Vol. IX(1) Spring 2005,
pp. 41-61.

"Differences in the Success of NFL Coaches by Race, 1990-2002: Evidence of Last Hire, First Fire" *Journal of Sports Economics,* Vol. 5, no. 1, February 2004, 6-19.

"Has the Concentration of Income and Poverty Among Suburbs of Large U.S. Metropolitan Areas Changed Over Time? *Papers in Regional Science,* Vol. 82, no.2, April 2003, 249-75.

"The Changing Spatial Concentration of Income and Poverty among Suburbs of Large U.S. Metropolitan Areas" *Urban Studies*, Vol. 40, no. 3, March 2003, 481-503.

"Measuring Changes in the Spatial Concentration of Income and Poverty among Suburbs of Large U.S. Metropolitan Areas." In *Uddevalla Symposium 2001: Regional Economies in Transition*, (Uddevalla, Sweden: University of Trollhättan/Uddevalla, 2001), pp. 327-348.

"Creating Jobs, Keeping Jobs, and Losing Jobs: Cities and Suburbs in the Global Economy" *The Annals of the American Academy of Political and Social Science,* Vol. 572, November 2000, pp.78-90.

"Have Economic Changes Made Metropolitan Government More Attractive to Suburbs?" *State and Local Government* Vol. 1, Spring 2000, pp. 28-39.

"Do Racial Composition and Segregation Affect Economic Outcomes in Metropolitan Areas?" in E. Anderson and D. Massey (ed.) *Problem of the Century: Racial Stratification in the United States at Century's End* (New York: Russell Sage, 2001), pp. 290-316.

"The Challenges That Success Has Generated for the Research University," in W. Xin and M. Wanhua (ed.) *The University of the 21st Century: Proceedings of the Forum of Higher Education in Conjunction with the Centennial of Peking University* (Beijing: Peking University Press, 1998), pp. 127-130.

"Changes in the Distribution of Poverty across and within U.S. Metropolitan Areas: 1979-89," *Urban Studies,* vol. 33, No. 9, November 1996, pp. 1581-1600.

"Regional Science: A Call for Multi-Disciplinary Integration," *International Regional Science Review*, Vol. 17 (3), 1994, pp. 351-3.

"Problems Solved and Problems Unaddressed by the Civil Rights Act of 1991," *Forum for Social Economics* (Fall 1992), pp. 60-70.

"The Wage Effects of Residential Location and Commuting Constraints on Employed Married Women" with Lee-in Chen Chiu, *Urban Studies*, (June 1990), pp. 353-369.

"Residential Segregation and the Economic Status of Black Workers: New Evidence for an Old Debate" with Mark Hughes, *Journal of Urban Economics*, Vol. 29 (1991), pp. 28-49.

"The Distribution of Economic Losses Among Displaced Workers: Measurement Methods Matter," *Journal of Human Resources*, (Winter 1988), pp. 93-107.

"Gender Differences in the Cost of Displacement: An Empirical Test of Discrimination in the Labor Market," *American Economic Review* (May 1987), pp. 246-251.

"The Year of the Tenure Decision: Strategies for Survival," *Newsletter* of the American Economic Association Committee on the Status of Women in the Economics Profession (Spring/Summer 1987), pp. 8-13.

"Shifts among the Counties in Job and Resident Workers, 1960-1980" with Mark Hughes, in A.A. Summers and T.F. Luce (eds.), *Economic Development Within the Philadelphia Metropolitan Area* (Philadelphia: University of Pennsylvania Press, 1987), pp. 24-34 and 165-170.

"Achieving Title VII Objectives at Minimum Social Costs: Optimal Remedies and Awards" with Jennifer Wissink, *Rutgers Law Review* (Spring 1985), pp. 997-1017.

"The Persistence of Pay Differentials: The Economics of Sex Discrimination," *Women and Work: An Annual Review* (Beverly Hills: Sage Publications, 1985), pp. 76-114.

"Urban Wage Gradients: Empirical Evidence," *Journal of Urban Economics* (1985), pp. 291-301.

"The Measurement of Employment Discrimination: Reduced Forms, Reverse Regression, Comparable Worth and the Definition of Labor Markets" *Proceedings of the American Statistical Association, Social Statistics Section*, 1982, pp. 162-8.

"Interstate Sales and Employment Effects in the Wholesale and Retail Trade Industries of Changes in the Federal Minimum Wage Legislation, 1958-1977" with Joyce Cooper, *Report of the Minimum Wage Study Commission* (Washington, D.C.: Government Printing Office, 1981), pp. 273-296.

"Why Women Work Closer to Home" *Urban Studies* 18 (1981), pp. 181- 194.

"Spatial Implications of Increases in the Female Labor Force: A Theoretical and Empirical Synthesis" with Michelle White, *Land Economics* (November 1980), pp. 432-446.

"Urban Land Use and the Growth in Two Earner Households" *American Economic Review* 70 (May 1980), pp. 191-197.

"Economic Rationale for Sex Differences in Education" *Southern Economic Journal* 44 (April 1978), pp. 778-797.

"Women's Work Trips: An Empirical and Theoretical Overview" with Michelle White, *Women's Travel Issues: Research Needs and Priorities*, U.S. Department of Transportation, (Washington, D.C.: Government Printing Office, 1979), pp. 201-242.

"A Spatial Theory of Sex Discrimination" *Journal of Regional Science* 17 (December 1977), pp. 151-171.

"An Empirical Analysis of the Spatial Elasticity of Labor Supply" *Papers, Regional Science Association* 39 (1977), pp. 151-171.

"Discrimination--A Manifestation of Male Market Power? in C.B. Lloyd (ed.), *Sex, Discrimination and the Division of Labor* (New York: Columbia University Press, 1975), pp. 146-174.

"The Development of Economic Thought on the 'Women Problem'" *The Review of Radical Political Economics* 4 (July 1972), pp. 21-33.

## Comments and Reviews:

"Comment: Job Decentralization and Postwar Suburbanization: Evidence from State Capitals," in *Brookings-Wharton Papers on Urban Affairs 2009* (Washington, DC : The Brookings Institution, 2009), pp. 24-29

Book Review: *Urban America: Growth, Crisis and Rebirth* by John F. McDonald in *Journal of Regional Science* (August 2009), pp. 574-7.

Book Review: *The Face of Discrimination: How Race and Gender Impact Work and Home Lives* by Vincent J. Roscigno in *Social Forces*, Vol. 87(4), (June 2009), pp. 2218-2220.

"Preface." *Mommies and Daddies on the Fast Rack: Success of Parents in Demanding Professions* with Jerry A. Jacobs (ed.) *The Annals of the American Academy of Political and social Sciences,* (November 2004)

Review: *The Boston Renaissance* (by Bluestone and Stevenson), *Detroit Divided* (by Farley, Danziger, and Holzer) and *The Atlanta Paradox* (edited by Sjoquist) in *Urban Studies* (Jan. 2002) Vol. 39, No. 1, pp 163-7.

Book Review, *The New Urban Frontier: Gentrification and the Revanchist City* in *Journal of Regional Science* (February 1998), 179-81.

"Comment: Work Norms and Professional Labor Markets" in Francine Blau and Ronald Ehrenberg (ed.) *Gender, Family, and the Workplace* (New York: Sage Publications, 1997), pp. 206-209.

Book Review, *Forbidden Grounds: The Case Against Employment Discrimination Laws* in *Journal Policy Analysis and Management* (1993).

"Discussion: Empirical Consequences of Comparable Worth" in M.A. Hill and M.R. Killingsworth (ed.) *Comparable Worth: Analyses and Evidence* (Ithaca, NY: ILR Press, 1989), pp. 107-111.

Book Review, *Regional Labor Markets*, in *Journal of Regional Science* (February 1989).

"Comparable Worth" *Journal of Policy Analysis and Management*, (Fall 1987), Vol. 7, No. 1, pp. 147-150.

"Review of Recent Research on Women and Work" *Signs: A Journal of Women in Culture and Society*, (Spring 1985), pp. 589-593.

"Availability Analyses for Affirmative Action Plans" in *Restructuring Availability Analysis for Affirmative Action Planning* (Abt Associates, Inc., 1981), pp. 181-191.

"Discussion: Has Occupational Licensing Reduced Geographic Mobility and Raised Earnings?" in S. Rottenberg (ed.) *Occupational Licensure and Regulation* (Washington, D.C.: American Enterprise Institute, 1980, pp. 337-339).

"Comments on Career Decisions" in E. Andrews, C. Gilroy, and C.B. Lloyd (ed.), *Women in the Labor Market*, (New York: Columbia University Press, 1979), pp. 158-167.

"Discussion: The Implications of Changing Family Patterns and Behavior for Labor Force and Hardship Measurement" in *Concepts and Data Needs*, National Commission on Employment and "Comments on Impacts of Transportation Control Plans" Proceedings of Conference on the Regional and Urban Impacts of Government Policy, State University of New York, Buffalo, NY, May 1978.

"The Patterns of Sex Discrimination" *Monthly Labor Review* 98 (November 1975).

Book Review, *Equal Employment Opportunity and the AT&T Case*, in *Journal of Human Resources*, (Winter 1977).

Book Review, *Time of Transition*, in *Signs: A Journal of Women in Culture and Society* (Summer 1978).

Book Review, *Women, Minorities and Employment Discrimination*, in *Industrial and Labor Relations Review*, (October 1978).

"Women and the New Reserve Army of the Unemployed: Comment III. " *Signs: A Journal of Women in Culture and Society* (Spring 1976).

**Working Papers:**

"Are Gender Differences in the Gay Pay Gap Due to Unmeasured Gender-linked Characteristics and the Household Division of Labor?" March 2010

"Has the NFL's Rooney Rule "Leveled the Field" for African American Head Coaches Candidates?" October 2009

"Status Caste Exchange: Preferences for Race and Poverty Status of Neighbors in Large Metropolitan Areas, 1970-2000" April 2009

"Performance-based Pay and Gender Discrimination: Commissions for Stockbrokers" February 2008

"Suburbanization, Racial Desegregation, and Spatial Dispersal of Poverty in Large Metropolitan Areas" November 2006

"The Racial and Income Dynamics of Suburbanization within Large U.S. Metropolitan Areas" June 2005.

"Notes on Issues in Counting Commercial Sex Workers and Trafficked Individuals" April 2004.

**Academic Conference and Invited Presentations** (last five years):

"Status Caste Exchange: Preferences for Race and Poverty Status of Neighbors in Large Metropolitan Areas, 1970-2000" Urban Economics Association, Brooklyn, New York November 22, 2008.

"Comment: Job Decentralization and Postwar Suburbanization: Evidence from State Capitals," Brookings-Wharton Conference on Urban Affairs, Washington, DC, November 14, 2008.

"Real Estate, Urban Issues and Demographics" 13th Annual Fisher Center Real Estate Conference, University of California at Berkeley, May 6, 2008.

"Performance-based Pay and Gender Discrimination in Compensation: The Case of Commissions for Stockbrokers" Workshop on Gender and the Labor Market, Centre for European Economic Research, Mannheim, Germany, March 28/29, 2008.

"Methodological Issues in Class Action Discrimination Lawsuits," Forum on Social Science Research and Title VII Class Action Litigation, Cornell University ILR Labor and Employment Law Program and The Impact Fund, January 31-February 1, 2008.

"Status Caste Exchange: Preferences for Race and Poverty Status of Neighbors in Large Metropolitan Areas, 1970-2000" Regional Science Association, Savannah, Georgia, November 9, 2007.

"Population and the Economy" Anglo-American Real Property Institute, Chicago, September 1, 2007.

"Why Racial and Poverty Segregation Are Connected: A Fixed Effects Analysis of Large Metropolitan Areas in 1970, 1980, 1990, and 2000" Oberlin College Department of Economics, February 9, 2007.

"Suburbanization, Racial Desegregation, and Spatial Dispersal of Poverty in Large Metropolitan Areas" Regional Science Association, Toronto, Canada, November 16, 2006.

"Suburbanization, Racial Desegregation, and Spatial Dispersal of Poverty in Large Metropolitan Areas" Association for Public Policy Analysis and Management, November 5, 2006, Madison, WI.

"Practitioners' Roles and Practicum Courses in the Degree Program," Robert Garris, Janice Madden, William M. Rodgers III, Association for Public Policy Analysis and Management Spring Conference, Park City, Utah, June 15-17, 2006.

"Evidence of Sex Discrimination, as Developed in the Classroom and in the Courtroom," University of Michigan, February 9, 2006.

"Explaining Variations in Racial and Poverty Segregation across Metropolitan Areas: A Fixed Effects Analysis of Census Tract Panel Data for 1970, 1980, 1990, and 2000," Regional Science Association, Las Vegas, Nevada, November 11, 2005.

"Explaining Variations in Racial and Poverty Segregation across Metropolitan Areas: A Fixed Effects Analysis of Census Tract Panel Data for 1970, 1980, 1990, and 2000," Association for Public Policy Analysis and Management, November 3, 2005, Washington, DC.

Discussant at Philadelphia Fed Conference, "Immigration in the U.S.: Economic Effects on the Nation and Its Cities" April 28, 2005

"Mommies and Daddies on the Fast Track," AAPSS Spring Conference, National Press Club, Washington, D.C., April 11, 2005

"The Racial and Income Dynamics of Suburbanization within Large U.S. Metropolitan Areas," paper presented at the North American Regional Science Conference, Seattle, November 14, 2004.

"The Racial and Income Dynamics of Suburbanization within Large U.S. Metropolitan Areas," paper presented at the Association for Public Policy and Management Conference, Washington, D.C., October 30, 2004.

"Notes on Issues in Counting Commercial Sex Workers and Trafficked Individuals" The Asia Foundation Roundtable Discussion, Phnom Penh, Cambodia, May 11, 2004.

"The Racial and Income Dynamics of Suburbanization in Large U.S. Metropolitan Areas: An Update" North American Regional Science Council meetings, Philadelphia, PA, November 2003.

"Differences in the Success of NFL Coaches by Race, 1990-2002: Evidence of Last Hire, First Fire," Sports Lawyers Association, Phoenix, Arizona, May 29, 2003.

**Reports**:

"The Demographic and Income Dynamics of Shifts within Large Metropolitan Areas, 1970-2000: Explaining Variations in Racial and Poverty Segregation across Large Metropolitan Areas" Office of Policy Development and Research, U.S. Department of Housing and Urban Development Grant H-21443RG (June 2006)

"Are the Suburbs Really Changing?  Examining Changes in the Distribution of Income and Poverty Among Suburban Municipalities of Large Metropolitan Areas" Center on Urban and Metropolitan Policy, The Brookings Institution (January 2001)

"Interstate Sales and Employment Effects in the Wholesale Trade and Retail Trade Industries of Changes in the Federal Minimum Wage Legislation, 1958-77" Contract No. J-9-M-0-0072, Minimum Wage Study Commission (March 1981).

"The Effects of Employment Location and Scheduling of Work Shifts on Women's Employment Opportunities" Grant No. 91-42-78-31, Department of Labor (January 1981).

"The Geographic Targeting of Job Programs" Contract No. 99-0-2698-50-24, National Commission for Employment Policy, (October 1980).

"Report on House Bill 2044: Consequences for the General Assistance Population (joint with others), Senate, Commonwealth of Pennsylvania (May 1980).

"Effects of Changing Household Structure on Cities" Grant No. R01-H-31400-01, National Institute on Mental Health, (June 1980).

"Evaluating the Returns to the Education of Women: Economic Rationale for Sex Differences in Education" Grant No. NIG-G-74-0094, National Institute of Education, (January 1977).

"Evaluating the Returns to the Education of Women" Spencer Foundation, (January 1975).

"The Economics of Sex Discrimination" Grant No. 91-37-72-26 Manpower Administration, U.S. Department of Labor, (July 1972).

## FELLOWSHIPS AND GRANTS:

Wharton Sports Business Initiative, "Differences in the Success of NFL Coaches by Race, 2003-2008: Is There Still Evidence of Last Hire, First Fire?" July 2008-June 2009

Penn Urban Research Institute, "Faculty Forum: Cities around the World: Networks, Form, Function" January 2006-July 2007 co-investigators: Richard Estes and Don Kettl.

U.S. Department of Housing and Urban Development, "The Demographic and Income Dynamics of Shifts across Suburban Municipalities within Large Metropolitan Areas: 1970-2000." June 2004-September 2005.

Alfred P. Sloan Foundation, "Parents on the Fast Track in Demanding Professions." (with Jerry Jacobs) September 2003-April 2004.

Ronald McNair Grant to support undergraduate students to prepare for Ph.D. education, 2000-5, $1 million.

Brookings Foundation, "The Changing Demographics of Suburbs: Implications for City-Suburban Cooperation," May 1998-May 2000.

National Science Foundation "Analysis of Variation in the Intrametropolitan Distribution of Income and Earnings," February 1993-March 1995. REU June-August 1993.

W.E. Upjohn Institute for Employment Research, "Changes in Income Inequality within U.S. Metropolitan Areas," January 1993- December 1995.

Patricia Roberts Harris Grant to support doctoral students at Penn, 1993-8, $1.7 million.

William Penn Foundation joint with Ben Franklin Partnership, "Temple-Penn Philadelphia Economic Monitoring Project" July 1988-June 1991.

Faculty Grant, Mellon Foundation Program on Assessing and Revitalizing the Social Sciences, "Industrial Transitions, Work Schedule Changes and the Welfare of American Workers" May 1987 - December 1987.Faculty Grant, Mellon Foundation Program on Assessing and Revitalizing the Social Sciences, "City Residences and the Employment of Black Women Who Head Households" August 1986 - February 1987.

Public Policy Initiatives Fund, "The Economic Significance of Displacement for Workers: An Empirical Investigation of Gender Differences," July 1985 - June 1986.

Faculty Grant, Mellon Foundation Program on Assessing and Revitalizing the Social Sciences, "Racial Wage Gradients in the Philadelphia, New York, and Washington, D.C. Labor Markets: An Examination of the Gilded Ghetto Debate" May 1985 - December 1985.

National Commission on Employment Policy, "Geographic Boundaries of Labor Markets" June 1980 - October 1980.

Minimum Wage Study Commission, U.S. Department of Labor, "Interstate Employment Effects of the Federal Minimum Wage Law," March 1980 - February 1981.

U.S. Department of Labor, "The Effects of Employment Location and Scheduling of Work Shifts on Women's Employment Opportunities," September 1978 - May 1980.

National Institute of Mental Health, R01-MH-31400-01 "Effects of Changing Household Structure on Cities," July 1978 – July 1980.

National Institute of Education, "Evaluating the Returns to the Education of Women," September 1974 - May 1976.

Spencer Foundation, "Evaluating the Returns to the Education of Women," January 1974 - December 1974.

University of Pennsylvania Faculty Fellowship, "Deriving a Spatial Labor Supply Curve," June 1974 - September 1974.


**OTHER PROFESSIONAL ACTIVITIES:**

North American Regional Science Council:

> Elected Chair, 2010:
> Elected by membership to steering committee, 1992-95 and 2008-11;
> Member, Benjamin R. Stevens Dissertation Fellowship Committee, 2005-8, Chair, 2006;
> Chair and Organizer, North American Regional Science Meetings, Philadelphia, PA, November 20-22, 2003.

Association for Public Policy Analysis and Management (APPAM):

> Elected member of Policy Council (representative of the Institutional Representatives), 2008-present;
> Chair, Doctoral Dissertation Prize Committee, 2007;
> Elected Secretary, Association Institutional Representatives Committee, 2007-9.

Member, American Academy of Political and Social Sciences Board, 2001-7; member of Finance Committee, 2003-present.

Chair, National Research Council Committee on Assessing the Portfolio of the Science Resources Studies Division of the National Science Foundation, 1998-2000. Published report: *Measuring the Science and Engineering Enterprise: Priorities for the Division of Science Resources Studies* (Washington, DC: National Academy Press, 2000).

Association of Graduate Schools (AGS):

President, 1996-97;
Elected member of Steering Committee, AAU/AGS Project for Research on Doctoral Education, 1993-00.
Elected to Executive Committee, 1994-8.

Association of American Universities (AAU) Committee on Graduate Education, 1996-98.

Board, Council of Graduate Schools, 1996-1999.

Graduate Record Examination Board (AGS representative) 1994-8; Research Committee member.

Editorial Boards:

*International Economic Review*, 1978-1993.
*Economic Geography*, 1991-1995
*Women and Work*, 1984-present
*Urban Studies,* 1996-present;
U.S. editor, 1997-2001.

Advisory Board, The H. John Heinz III School of Public Policy and Management, Carnegie Mellon University, 1992-1998.

Advisory Committee, Graduate School of Arts and Sciences, Emory University, 1999

External Review Committees, The Sanford Institute of Public Policy, Duke University, 1995; graduate education at the University of Virginia, 1997, Graduate School of Arts and Science, Washington University at St. Louis, 2005.

Review Committee, Ontario Council on Graduate Studies, Canada, December 1998-March 1999.

Oversight Committee, Career Planning Center for Beginning Scientists and Engineers, National Academy of Sciences, 1996-1999.

Member, Committee on Vocational Education and Economic Development in Depressed Areas, National Research Council, National Academy of Sciences, 1982-83; prepared *Education for Tomorrow's Jobs* (Washington, D.C.: National Academy Press, 1983).

Review Panel, NSF Faculty Awards for Women, Social and Economic Science, 1991.

American Economic Association Committee on the Status of Women in the Economics Profession, 1975-78.

Advisory Council, Office of Employment and Training, City of Philadelphia, 1981-84; Budget Committee; Executive Committee; Chair, Long Range Planning Committee.

Friends Select School:

> Member, Board of Trustees, member, 1991-2000, 2002-present;
> Vice-Chairman, Board of Trustees, 1993-6;
> Chair of Finance Committee, 1998-2000.
> Chair of Financial Aid Committee, 2009-present.

Advisory Board, Philadelphia Child Support Project, 1987-1990.

Board of Directors, Creative Alternatives for Women, Jenkintown, Pa., 1979-82.

Board of Commissioners, Fellowship Commission, 1981-82.

Referee: American Economic Review; Journal of Political Economy; American Sociological Review; Economics of Education Review; Journal of Business and Economics; International Economic Review; Journal of Human Resources; Land Economics; Journal of Regional Science; Urban Studies; Regional Science and Urban Economics; International Regional Science Review; Regional Studies; Journal of Urban Affairs; Regional Science and Urban Economics, Journal of Public Policy and Management; Economic Development and Cultural Change; Growth and Change; Journal of Sports Economics; Journal of Peace Science; Policy Analysis; Signs: A Journal of Women in Culture and Society; Environment and Planning; Urban Studies; Geographic Analysis; The Professional Geographer; Industrial Relations; Industrial and Labor Relations Review; Journal of Economic Behavior and Organization, Journal of Sports Economics, American Sociological Review, Survey Research Center; Institute for Social Research, University of Michigan; National Council on Employment Policy, Washington, D.C.; American Academy, Berlin Germany.

Research Proposal Reviewer: National Institute of Education, U.S. Department of Health, Education and Welfare; National Science Foundation -- Economics, Geography and Regional Science, Social Indicators, Sociology, and Public Policy and Regulation Sections.

**COURSES TAUGHT:**

Undergraduate: Quantitative Methods of Urban and Regional Analysis, Economics of Discrimination, Sociology of Discrimination, Location Theory, Principles of Economics, Principles of Regional Science, Urban Economics.

Graduate: Microeconomic Theory, Regional Development and Human Capital Investment, Workshop in Labor Economics, Location Theory and Regional Analysis, Regional Labor Market Issues, Gender and the Labor Market, Research in Demography, Economic Demography; Research Methods in Demography.

**FACULTY COMMITTEES AT PENN:**

Head, Regional Science Department Graduate Admissions Committee, 1973-77
Member, Regional Science Department Dissertation Proposals Committee, 1973-77
Member, SAS Women's Advisory Committee, 1975-77
Member, SAS Women's Studies Governing Board, 1974-76
Member, SAS Distributional Requirements Subcommittee, 1975-77
Member, SAS Women's Studies Evaluation Committee, 1976-77
Member, University Benefits Committee, 1976-77
Member, SAS Regional Science Chairman Search Committee, 1976-77
Chair, Faculty Senate Nominating Committee, 2008 (member 1978, 1980)
Member, Women's Studies Committee, 1979-85
Hearing List, University Grievance Panel, 1979-82
Member, Search Committee for Executive Vice President, 1981
Member, SAS Undergraduate Statistics Education Committee, 1982
Chair, Faculty Senate Committee on the Faculty, 1981-82 (Member 1980-81, 2000-2004)
Member, President's Affirmative Action Council, 1982-1988 and 1991-1999.
Vice President, Women for Equal Opportunity at the University of Pennsylvania, 1981-82
Chair, Faculty Senate Committee on the Economic Status of the Faculty, 1984-85 (Member 1982-84); (Member 2000-2003).
Member, Urban Studies Committee, 1982-85
Chair, SAS Committee on Academic Freedom and Responsibility, 1986-1987 (Member 1987-1988).
Member, SAS Social Sciences Division Planning Committee, 1986-1988
Member, University Academic Planning and Budgeting Committee, 1987-90.
Member, Advisory Council, Women's Center, 1987-present.
Member, Provost's Committee for Planning the Academic Information Environment, 1988-1990.
Chair, SAS Committee on Committees, 1990-91 (Member 1989-90).
Faculty Affirmative Action Officer for the Social Sciences, SAS 1990-91.
Member, IRMC Education Subcommittee (use of computers in education), 1990-91.
Member, Provost's Staff Council, 1991-99.
Member, Minority Permanence Committee, 1992-99.

Member, Task Force on Revision of Just Cause and Other Personnel Procedures, 1992-93.
Member, Provost's Committee on Urban/Regional Programs, 1994-95.
Member, Search Committee for Associate Provost, 1995.
Member, Penn World Wide Web Steering and Advisory Committees, 1995-99.
Member, Executive Committee, Martin Luther King Holiday Activities, chair, external relations sub-committee, 1995-99.
Member, Council on Advice, University Chaplain's Office, 1995-96.
Member, Department of Sociology Undergraduate Curriculum Committee, 1995-97.
Member, Student Services Re-engineering Committee, 1996-97.
Member, Department of Sociology Executive Committee, 1997-98, 2001-2002, 2006, 2007-8.
Member, Personnel Committee, Department of Real Estate, 1996-98.
Member, Program, Executive, and Curriculum Committees, Fels Center of Government, 1997-2002.
Member, Personnel Committee, Department of Sociology, 1997-98, 2003-4, 2005-6 (chair), 2007-2009.
Chair, Student Health Insurance Committee, 1997-98, member, 1998-99.
Member, Distance Learning Committee, 1997-98.
Co-Chair, Ph.D. Funding Committee, 1997-99.
Chair, President's Committee on Asian American Students, 1998.
Member, SAS Saul Steinberg Lecture Committee, 1998.
Chair, Gender Equity in Athletics, 1999-2002.
Member, Deputy Provost Search Committee, 1999.
Member, Search Committee for Director of Fels Program, 1998-99.
Member, SAS Personnel Committee, 2000-2002.
Member, Gender Equity Task Force, 2000-2002.
President, Penn Chapter of Phi Beta Kappa, 2001-2002; Vice-President 2000-2001.
Member, Provost's National Research Council Study of Graduate Programs Committee, 2001-4.
Member, University Committee on Graduate Prizes, 2002.
Chair, University Planning Committee on Organizations, Institutions, and Leadership, 2001-02.
Member, University Committee on School of Social Work, 2001.
Member, Dean Search Committee, School of Social Work, 2002-2003.
Member, Penn Middle States Committee on Graduate Education; chair of student support subcommittee, 2002-2004.
Member, Spatial Data Analysis Graduate Planning Committee, 2004-present.
Chair, University TA Teaching Prize Committee, 2004.
Member, Executive Committee, Penn Urban Research Institute, 2004-present
Member, Minority Equity Committee, 2004-5.
Member, Faculty Senate Executive Committee, 2007-9.
Member, Search Committee for Fels Director, 2008.
Chair, Faculty Senate Nominating Committee, 2008.
Chair, Extraordinary Recruitment Committee, Department of Sociology, 2008-9.
Member, University Review Committee for Penn Institute for Urban Research, 2009.

| Person | Hours | Rate | TOTAL |
|---|---|---|---|
| Senior Labor Economist | 9.75 | $600.00 | $5,850.00 |
| Labor Economist | 8.34 | $290.00 | $2,418.60 |
| Support Staff | 2.75 | $130.00 | $ 357.50 |
| **TOTAL LABOR** | | | **$8,626.10** |

**EXPENSES**

| | | | |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL EXPENSES** | | | **$0.00** |

**TOTAL BILLING**                                             **$8,626.10**

payment authorized.    Oblig.
                       No. EECCN090145

_signature_
Name                   12/18/09
                       Date

I certify that the services have been received, partial
payment authorized.    Oblig.
                       No
Approved by Kathleen M. Duffy, Managing Principal, Secretary

TERMS: UPON PRESENTATION

Make check payable to:

**ECONSULT CORPORATION**
Attn: Kathy Duffy
Sixth Floor
3600 Market Street
Philadelphia, PA 19104

Econsult Corporation's Federal T.I.N.: 23-2121026

## Selection Criteria

| | |
|---|---|
| Slip.Date | 8/17/2009 - 10/31/2009 |
| Clie.Selection | Include: EEOC Detroit/Peoplemark |
| Slip.Billed | No |

| Staff | Date | Hours | Billing Rate | TOTAL | Activity |
|---|---|---|---|---|---|
| **Title: Labor Economist** | | | | | |
| Labor Economist | 8/28/2009 | 1.00 | $290.00 | $290.00 Review Documents | |
| Labor Economist | 8/28/2009 | 0.67 | $290.00 | $194.30 Contacts, Conversations | |
| Labor Economist | 9/1/2009 | 0.50 | $290.00 | $145.00 Data Code Sort Prepare | |
| Labor Economist | 9/2/2009 | 0.75 | $290.00 | $217.50 Data Code Sort Prepare | |
| Labor Economist | 9/4/2009 | 0.33 | $290.00 | $95.70 Contacts, Conversations | |
| Labor Economist | 9/22/2009 | 0.17 | $290.00 | $49.30 Contacts, Conversations | |
| Labor Economist | 9/23/2009 | 0.17 | $290.00 | $49.30 Contacts, Conversations | |
| Labor Economist | 9/23/2009 | 0.17 | $290.00 | $49.30 Contacts, Conversations | |
| Labor Economist | 9/24/2009 | 0.25 | $290.00 | $72.50 Contacts, Conversations | |
| Labor Economist | 9/24/2009 | 0.33 | $290.00 | $95.70 Review Documents | |
| Labor Economist | 9/29/2009 | 1.00 | $290.00 | $290.00 Data Code Sort Prepare | |
| Labor Economist | 9/30/2009 | 0.50 | $290.00 | $145.00 Review Documents | |
| Labor Economist | 9/30/2009 | 0.50 | $290.00 | $145.00 Data Code Sort Prepare | |
| Labor Economist | 10/15/2009 | 0.25 | $290.00 | $72.50 Contacts, Conversations | |
| Labor Economist | 10/19/2009 | 0.33 | $290.00 | $95.70 Contacts, Conversations | |
| Labor Economist | 10/19/2009 | 0.67 | $290.00 | $194.30 Contacts, Conversations | |
| Labor Economist | 10/19/2009 | 0.75 | $290.00 | $217.50 Review Documents | |
| Total: Labor Economist | | 8.34 | | $2,418.60 | |
| | | | | | |
| **Title: Senior Labor Economist** | | | | | |
| Senior Labor Economist | 8/28/2009 | 1.00 | $600.00 | $600.00 Ongoing | |
| Senior Labor Economist | 9/8/2009 | 0.50 | $600.00 | $300.00 Ongoing | |
| Senior Labor Economist | 9/22/2009 | 0.50 | $600.00 | $300.00 Ongoing | |
| Senior Labor Economist | 9/24/2009 | 2.50 | $600.00 | $1,500.00 Ongoing | |
| Senior Labor Economist | 10/15/2009 | 0.25 | $600.00 | $150.00 Ongoing | |
| Senior Labor Economist | 10/19/2009 | 3.00 | $600.00 | $1,800.00 Ongoing | |
| Senior Labor Economist | 10/22/2009 | 1.00 | $600.00 | $600.00 Ongoing | |
| Senior Labor Economist | 10/23/2009 | 1.00 | $600.00 | $600.00 Ongoing | |
| Total: Senior Labor Economist | | 9.75 | | $5,850.00 | |
| | | | | | |
| **Title: Support Staff** | | | | | |
| Support Staff | 8/21/2009 | 2.00 | $130.00 | $260.00 Review Documents | |
| Support Staff | 9/24/2009 | 0.75 | $130.00 | $97.50 Photocopy, Facsimile, Correspondence, Key work | |
| Total: Support Staff | | 2.75 | | $357.50 | |
| | | | | | |
| **Title: Expenses** | | | | | |
| Expenses | 10/31/2009 | 0.00 | $0.00 | $0.00 None | |
| Total: Expenses | | 0.00 | | $0.00 | |
| | | | | | |
| **Grand Total** | | 20.84 | | $8,626.10 | |

| PROJECT: | *EEOC v. Peoplemark* |
| | Contract: EECCN090145; RQ GC09000026 |

PERIOD: August 17, 2009 through October 31, 2009

BILLING DATE: December 12, 2009

FIRM: Equal Employment Opportunity Commission                    EEOC 120109

| Person | Hours | Rate | TOTAL |
|---|---|---|---|
| Senior Labor Economist | 9.75 | $600.00 | $5,850.00 |
| Labor Economist | 8.34 | $290.00 | $2,418.60 |
| Support Staff | 2.75 | $130.00 | $ 357.50 |
| **TOTAL LABOR** | | | **$8,626.10** |

**EXPENSES**

NONE                                                                                          $0.00

**TOTAL EXPENSES**                                                                **$0.00**

**TOTAL BILLING**                                                                   **$8,626.10**

---

Approved by Kathleen M. Duffy, Managing Principal, Secretary

TERMS:  UPON PRESENTATION

Make check payable to:

**ECONSULT CORPORATION**
Attn: Kathy Duffy
Sixth Floor
3600 Market Street
Philadelphia, PA 19104

Econsult Corporation's Federal T.I.N.: 23-2121026

| | STAGE I; PHASE I | SUPPORT FOR INVOICE # EEOC 120109 | | | |
|---|---|---|---|---|---|
| TASK | DESCRIPTION OF SERVICE | 10/31/2009<br>% Complete | | 10/31/2009<br>INVOICE | 11/1/2009<br>Balance |
| 1 | Initial meeting with trial attorneys to discuss strategy and goals. | | | | |
| | Senior Labor Economist | $1.00 | $2.00 | $1,200.00 | $0.00 |
| | Labor Economist | $1.00 | $2.00 | $580.00 | $0.00 |
| | Associate/Programmer | $1.00 | $2.00 | $260.00 | $0.00 |
| | | | | | |
| 2 | Review of relevant pleadings, documents, electronic records and depositions. | | | | |
| | | | | | |
| | Senior Labor Economist | $0.50 | $2.00 | $1,200.00 | $1,200.00 |
| | Labor Economist | $0.58 | $2.32 | $672.80 | $487.20 |
| | Associate/Programmer | $0.10 | $0.80 | $104.00 | $936.00 |
| | | | | | |
| 3 | Assist the trial attorneys in the preparation of discovery requests and responses to discovery requests. | | | | |
| | Senior Labor Economist | $0.50 | $0.50 | $300.00 | $300.00 |
| | Labor Economist | $0.50 | $1.50 | $435.00 | $435.00 |
| | | | | | |
| 4 | Provide oral or written status reports when requested by trial attorneys | | | | |
| | | | | | |
| | Labor Economist | $0.25 | $1.00 | $290.00 | $870.00 |
| | | | | | |
| 5 | | | | | |
| | Create a protocol for database construction. (Separate vendor will construct database on applicants from various sources both computered and non-computerized. | | | | |
| | Senior Labor Economist | $1.00 | $2.00 | $1,200.00 | $0.00 |
| | | | | | |
| 6 | Prepare electronic database provided by EEOC vendor for analysis. All data about the applicants (including Race) will be included in electronic database received from EEOC Vendor. Incorporate Census job codes into data base | | | | |
| | | | | | |
| | Senior Labor Economist | $0.30 | $3.00 | $1,800.00 | $4,200.00 |
| | Labor Economist | $0.10 | $2.00 | $580.00 | $5,220.00 |
| | Associate/Programmer | | $0.00 | $0.00 | $5,200.00 |
| | | | | | |
| 7 | Research and analyze hiring data, conduct statistical analyses and generate results | | | | |
| | Senior Labor Economist | | | | $7,200.00 |
| | Labor Economist | | | | $6,960.00 |
| | Associate/Programmer | | | | $4,680.00 |
| | | | | | |
| 8 | Prepare testifying expert report | | | | |
| | Senior Labor Economist | | | | $12,000.00 |
| | Labor Economist | | | | $8,120.00 |
| | Associate/Programmer | | | | $6,240.00 |
| | | | | | |
| 9 | Other, e.g., phone calls, copying, express mailing. | | | | $200.00 |
| | | | | | |
| | Total Phase I | | APPROXIMATE | $8,621.80 | $64,248.20 |
| | AMOUNT AUTHORIZED 8/1/09 | | | | |

# ECONSULT
# CORPORATION®

*Sixth Floor*
*3600 Market Street*
*Philadelphia, PA 19104*

*Voice*   *(215) 382-1894*
*Fax*     *(215) 382-1895*
*e-mail:* *econsult@ econsult.com*
*Web:*    *www.econsult.com*

January 31, 2010

FIRST FIRST CLASS

National Business Center
EEOC Processing - Attn: Karen Knoll
7301 W. Mansfield Avenue
Mail Stop D-2735
Denver, CO 80235-2230


PROJECT:      *EEOC v. Peoplemark*
              Contract: EECCN090145; RQ GC09000026

Dear Karen:

    You will find our invoice and supporting materials for the period November 1, 2009 through
December 31, 2009 for the above referenced contract. Copies were sent to the Contract monitor in
Detroit, Omar Weaver (313-226-3407).

    If you have any questions, please do not hesitate to call me.


                                    Regards,

                                    Kathleen M. Duffy
                                    Managing Principal

KD
Enclosures
cc:        Omar Weaver, Trial Attorney, Detroit. MI, Phone: (313-226-3407)
           Email: OMAR.WEAVER@EEOC.GOV

## Selection Criteria

| Slip.Date | 11/1/2009 - 12/31/2009 |
| Clie.Selection | Include: EEOC Detroit/Peoplemark |
| Slip.Billed | No |

| Staff | Date | Hours | Billing Rate | TOTAL | Activity |
|---|---|---|---|---|---|
| **Title: Labor Economist** | | | | | |
| Labor Economist | 11/9/2009 | 0.33 | $290.00 | $95.70 | Contacts, Conversations |
| Labor Economist | 11/23/2009 | 0.75 | $290.00 | $217.50 | Data Code Sort Prepare |
| Labor Economist | 11/25/2009 | 0.25 | $290.00 | $72.50 | Contacts, Conversations |
| Labor Economist | 12/7/2009 | 0.33 | $290.00 | $95.70 | Contacts, Conversations |
| Labor Economist | 12/8/2009 | 0.75 | $290.00 | $217.50 | Program writing |
| Labor Economist | 12/11/2009 | 0.25 | $290.00 | $72.50 | Meeting |
| Labor Economist | 12/15/2009 | 0.50 | $290.00 | $145.00 | Program writing |
| Labor Economist | 12/15/2009 | 0.25 | $290.00 | $72.50 | Data Code Sort Prepare |
| Labor Economist | 12/16/2009 | 2.50 | $290.00 | $725.00 | Data Code Sort Prepare |
| Labor Economist | 12/17/2009 | 4.50 | $290.00 | $1,305.00 | Program writing |
| Labor Economist | 12/18/2009 | 3.50 | $290.00 | $1,015.00 | Program writing |
| Labor Economist | 12/18/2009 | 1.33 | $290.00 | $385.70 | Contacts, Conversations |
| Labor Economist | 12/21/2009 | 5.00 | $290.00 | $1,450.00 | Program writing |
| Labor Economist | 12/21/2009 | 0.50 | $290.00 | $145.00 | Contacts, Conversations |
| Labor Economist | 12/22/2009 | 4.00 | $290.00 | $1,160.00 | Program writing |
| Labor Economist | 12/22/2009 | 0.25 | $290.00 | $72.50 | Contacts, Conversations |
| Labor Economist | 12/23/2009 | 3.00 | $290.00 | $870.00 | Program writing |
| Labor Economist | 12/29/2009 | 3.00 | $290.00 | $870.00 | Program writing |
| Labor Economist | 12/29/2009 | 0.17 | $290.00 | $49.30 | Contacts, Conversations |
| Labor Economist | 12/30/2009 | 6.00 | $290.00 | $1,740.00 | Program writing |
| Total: Labor Economist | | | | | |
| | | 37.16 | | $10,776.40 | |
| **Title: Senior Labor Economist** | | | | | |
| Senior Labor Economist | 11/12/2009 | 0.17 | $600.00 | $102.00 | Ongoing |
| Senior Labor Economist | 11/25/2009 | 0.25 | $600.00 | $150.00 | Ongoing |
| Senior Labor Economist | 12/11/2009 | 0.25 | $600.00 | $150.00 | Ongoing |
| Senior Labor Economist | 12/16/2009 | 0.17 | $600.00 | $102.00 | Ongoing |
| Senior Labor Economist | 12/18/2009 | 0.25 | $600.00 | $150.00 | Ongoing |
| Senior Labor Economist | 12/29/2009 | 0.17 | $600.00 | $102.00 | Ongoing |
| Total: Senior Labor Economist | | | | | |
| | | 1.26 | | $756.00 | |
| **Title: Support Staff** | | | | | |
| Support Staff | 12/21/2009 | 2.00 | $130.00 | $260.00 | Data Code Sort Prepare |
| Support Staff | 12/22/2009 | 2.00 | $130.00 | $260.00 | Data Code Sort Prepare |
| Total: Support Staff | | | | | |
| | | 4.00 | | $520.00 | |
| **Grand Total** | | | | | |
| | | 42.42 | | $12,052.40 | |

**SUPPORT FOR INVOICE # EEOC 013110**

| TASK | DESCRIPTION OF SERVICE | 12/31/2009 % Complete Thru 12/31/09 | HOURS | 12/31/2009 INVOICE | 12/31/2009 BALANCE Available |
|---|---|---|---|---|---|
| 1 | Initial meeting with trial attorneys to discuss strategy and goals. | | | | |
| | Senior Labor Economist | 100% | | $0.00 | $0.00 |
| | Labor Economist | 100% | | $0.00 | $0.00 |
| | Associate/Programmer | 100% | | $0.00 | $0.00 |
| | | | | | |
| 2 | Review of relevant pleadings, documents, electronic records and depositions. | | | | |
| | | | | | |
| | Senior Labor Economist | 82% | 1.26 | $756.00 | $444.00 |
| | Labor Economist | 100% | 1.68 | $487.20 | $0.00 |
| | Associate/Programmer | 60% | 4.00 | $520.00 | $416.00 |
| | | | | | |
| 3 | Assist the trial attorneys in the preparation of discovery requests and responses to discovery requests. | | | | |
| | Senior Labor Economist | 50% | | $0.00 | $300.00 |
| | Labor Economist | 100% | 1.50 | $435.00 | $0.00 |
| | | | | | |
| 4 | Provide oral or written status reports when requested by trial attorneys | | | | |
| | | | | | |
| - | Labor Economist | 50% | 1.00 | $290.00 | $580.00 |
| | | | | | |
| 5 | | | | | |
| | Create a protocol for database construction. (Separate vendor will construct database on applicants from various sources both computered and non-computerized. | | | | |
| | Senior Labor Economist | 100% | | $0.00 | $0.00 |
| 6 | Prepare electronic database provided by EEOC vendor for analysis. All data about the applicants (including Race) will be included in electronic database received from EEOC Vendor.  Incorporate Census job codes into data base | | | | |
| | | | | | |
| | Senior Labor Economist | 30% | | $0.00 | $4,200.00 |
| | Labor Economist | 100% | 18.00 | $5,220.00 | $0.00 |
| | Associate/Programmer | 0% | | $0.00 | $5,200.00 |
| | | | | | |
| 7 | Research and analyze hiring data, conduct statistical analyses and generate results | | | | |
| | | | | | |
| | Senior Labor Economist | 0% | | | $7,200.00 |
| | Labor Economist | 62% | 14.98 | $4,344.20 | $2,615.80 |
| | Associate/Programmer | 0% | | | $4,680.00 |
| | | | | | |
| 8 | Prepare testifying expert report | | | | |
| | Senior Labor Economist | | | | $12,000.00 |
| | Labor Economist | | | | $8,120.00 |
| | Associate/Programmer | | | | $6,240.00 |
| | | | | | |
| 9 | Other, e.g., phone calls, copying, express mailing. | | | | $200.00 |
| | | | | | |
| | **Total Phase I** | | | $12,052.40 | $52,195.80 |
| | **AMOUNT AUTHORIZED 8/1/09** | | | | |

| PROJECT: | *EEOC v. Peoplemark* |
| | Contract: EECCN090145; RQ GC09000026 |
| PERIOD: | November 1, 2009 through December 31, 2009 |
| BILLING DATE: | January 31, 2010 |
| FIRM: | Equal Employment Opportunity Commission | EEOC 013110 |

| Person | Hours | Rate | TOTAL |
|---|---|---|---|
| Senior Labor Economist | 1.26 | $600.00 | $ 756.00 |
| Labor Economist | 37.16 | $290.00 | $10,776.40 |
| Support Staff | 4.00 | $130.00 | $ 520.00 |
| **TOTAL LABOR** | | | **$12,052.40** |

**EXPENSES**

| | |
|---|---|
| NONE | $0.00 |
| **TOTAL EXPENSES** | **$0.00** |
| **TOTAL BILLING** | **$12,052.40** |

Approved by Kathleen M. Duffy, Managing Principal, Secretary

TERMS: UPON PRESENTATION

Make check payable to:

**ECONSULT CORPORATION**
Attn: Kathy Duffy
Sixth Floor
3600 Market Street
Philadelphia, PA 19104

Econsult Corporation's Federal T.I.N.: 23-2121026

*Omar Weaver*

Name

I certify that the services have been received, partial
payment authorized.

Date  3/2/10

Oblig.
No. *EECCN090145*

ECONSULT
CORPORATION®

**DEMERICHA HOBSON - RE: EEOC v PeopleMark Econsult Invoice thru 02/03/10**

| | |
|---|---|
| **From:** | "Duffy, Kathy" <Duffy@econsult.com> |
| **To:** | 'OMAR WEAVER' <OMAR.WEAVER@EEOC.GOV> |
| **Date:** | 2/24/2010 2:38 PM |
| **Subject:** | RE: EEOC v PeopleMark Econsult Invoice thru 02/03/10 |
| **Attachments:** | EEOC - Detroit Peoplemark thru 02_03_10  3 all.pdf |

Hello Omar:
I'm sending for your review and approval the cover letter, billing and support pages I plan to send to Denver. I will wait to hear from you before sending these to Denver. I look forward to hearing from you.
Regards,
Kathy


**Kathy Duffy**
**Managing Principal, Secretary and Treasurer**
========================================
ECONSULT CORPORATION
3600 Market Street, 6th floor
Philadelphia, PA 19104
Phone:    215.382.1894
Fax:       215.382.1895
Email:     Duffy@econsult.com

[SE-DISCLAIMER] This e-mail may contain confidential and legally privileged material for the sole use of the intended recipient(s). Any review, use, copying, storing, distribution or disclosure by/to others is strictly prohibited. If you are not the intended recipient(s) (or authorized to receive for the recipient(s)), please delete all records of this email and notify us by email [info@econsult.com] or phone [215-382-1894] so arrangements can be made for proper delivery and this error in communication remedied.

# ECONSULT
# CORPORATION®

Sixth Floor
3600 Market Street
Philadelphia, PA 19104

Voice    (215) 382-1894
Fax      (215) 382-1895
e-mail:  econsult@ econsult.com
Web:     www.econsult.com

February 24, 2010

FIRST FIRST CLASS

National Business Center
EEOC Processing - Attn: Karen Knoll
7301 W. Mansfield Avenue
Mail Stop D-2735
Denver, CO  80235-2230


PROJECT:     *EEOC v. Peoplemark*
             Contract:  EECCN090145; RQ GC09000026

Dear Karen:

You will find our invoice and supporting materials for the period January 1, 2010 through February 3, 2010 for the above referenced contract. Copies were sent to the Contract monitor in Detroit, Omar Weaver (313-226-3407)

If you have any questions, please do not hesitate to call me.

Regards,

Kathleen M. Duffy
Managing Principal

KD
Enclosures
cc:          Omar Weaver, Trial Attorney, Detroit. MI, Phone: (313-226-3407)
             Email: OMAR.WEAVER@EEOC.GOV

| PROJECT: | *EEOC v. Peoplemark* |
| | Contract: EECCN090145; RQ GC09000026 |
| PERIOD: | January 1, 2010 through February 3, 2010 |
| BILLING DATE: | February 24, 2010 |
| FIRM: | Equal Employment Opportunity Commission | EEOC 022410 |

| Person | Hours | Rate | TOTAL |
|---|---|---|---|
| Senior Labor Economist | 12.25 | $600.00 | $7,350.00 |
| Labor Economist | 76.84 | $290.00 | $22,283.60 |
| Support Staff | 97.25 | $130.00 | $12,642.50 |
| **TOTAL LABOR** | | | **$42,276.10** |

EXPENSES

NONE $0.00

**TOTAL EXPENSES** **$0.00**

**TOTAL BILLING** **$42,276.10**

Approved by Kathleen M. Duffy, Managing Principal, Secretary

TERMS:  UPON PRESENTATION

Make check payable to:

**ECONSULT CORPORATION**
Attn: Kathy Duffy
Sixth Floor
3600 Market Street
Philadelphia, PA 19104

Econsult Corporation's Federal T.I.N.: 23-2121026

ECONSULT
CORPORATION ®

## Selection Criteria

| | |
|---|---|
| Slip.Date | Earliest - 2/24/2010 |
| Clie.Selection | include: EEOC Detroit/Peoplemark |
| Slip.Billed | No |
| Slip.Billing Status | Billable |

| Staff | Date | Hours | Billing Rate | TOTAL | | Activity |
|---|---|---|---|---|---|---|
| **Title: Labor Economist** | | | | | | |
| Labor Economist | 1/4/2010 | 5.50 | $290.00 | $1,595.00 | Program writing | |
| Labor Economist | 1/5/2010 | 5.50 | $290.00 | $1,595.00 | Program writing | |
| Labor Economist | 1/7/2010 | 0.50 | $290.00 | $145.00 | Program writing | |
| Labor Economist | 1/8/2010 | 5.50 | $290.00 | $1,595.00 | Program writing | |
| Labor Economist | 1/11/2010 | 2.00 | $290.00 | $580.00 | Program writing | |
| Labor Economist | 1/12/2010 | 0.25 | $290.00 | $72.50 | Contacts, Conversations | |
| Labor Economist | 1/18/2010 | 0.42 | $290.00 | $121.80 | Contacts, Conversations | |
| Labor Economist | 1/18/2010 | 0.25 | $290.00 | $72.50 | Review Documents | |
| Labor Economist | 1/18/2010 | 2.00 | $290.00 | $580.00 | Program writing | |
| Labor Economist | 1/19/2010 | 5.50 | $290.00 | $1,595.00 | Program writing | |
| Labor Economist | 1/19/2010 | 0.42 | $290.00 | $121.80 | Contacts, Conversations | |
| Labor Economist | 1/20/2010 | 2.50 | $290.00 | $725.00 | Program writing | |
| Labor Economist | 1/20/2010 | 0.75 | $290.00 | $217.50 | Contacts, Conversations | |
| Labor Economist | 1/21/2010 | 0.75 | $290.00 | $217.50 | Contacts, Conversations | |
| Labor Economist | 1/21/2010 | 5.50 | $290.00 | $1,595.00 | Program writing | |
| Labor Economist | 1/22/2010 | 0.75 | $290.00 | $217.50 | Contacts, Conversations | |
| Labor Economist | 1/22/2010 | 5.00 | $290.00 | $1,450.00 | Program writing | |
| Labor Economist | 1/25/2010 | 1.00 | $290.00 | $290.00 | Contacts, Conversations | |
| Labor Economist | 1/25/2010 | 3.25 | $290.00 | $942.50 | Program writing | |
| Labor Economist | 1/26/2010 | 7.00 | $290.00 | $2,030.00 | Program writing | |
| Labor Economist | 1/27/2010 | 4.50 | $290.00 | $1,305.00 | Program writing | |
| Labor Economist | 1/27/2010 | 1.50 | $290.00 | $435.00 | Contacts, Conversations | |
| Labor Economist | 1/28/2010 | 1.50 | $290.00 | $435.00 | Contacts, Conversations | |
| Labor Economist | 1/28/2010 | 2.50 | $290.00 | $725.00 | Program writing | |
| Labor Economist | 1/29/2010 | 5.00 | $290.00 | $1,450.00 | Program writing | |
| Labor Economist | 2/1/2010 | 2.50 | $290.00 | $725.00 | Program writing | |
| Labor Economist | 2/1/2010 | 1.00 | $290.00 | $290.00 | Contacts, Conversations | |
| Labor Economist | 2/2/2010 | 1.00 | $290.00 | $290.00 | Review Documents | |
| Labor Economist | 2/2/2010 | 2.00 | $290.00 | $580.00 | Program writing | |
| Labor Economist | 2/2/2010 | 1.00 | $290.00 | $290.00 | Contacts, Conversations | |
| **Total: Labor Economist** | | 76.84 | | $22,283.60 | | |
| **Title: Senior Labor Economist** | | | | | | |
| Senior Labor Economist | 1/18/2010 | 0.50 | $600.00 | $300.00 | Ongoing | |
| Senior Labor Economist | 1/20/2010 | 0.75 | $600.00 | $450.00 | Ongoing | |
| Senior Labor Economist | 1/21/2010 | 0.75 | $600.00 | $450.00 | Ongoing | |
| Senior Labor Economist | 1/21/2010 | 1.00 | $600.00 | $600.00 | Report Writing | |
| Senior Labor Economist | 1/22/2010 | 0.75 | $600.00 | $450.00 | Ongoing | |
| Senior Labor Economist | 1/26/2010 | 3.00 | $600.00 | $1,800.00 | Report Writing | |
| Senior Labor Economist | 1/27/2010 | 4.00 | $600.00 | $2,400.00 | Report Writing | |
| Senior Labor Economist | 1/28/2010 | 0.75 | $600.00 | $450.00 | Ongoing | |
| Senior Labor Economist | 2/2/2010 | 0.50 | $600.00 | $300.00 | Ongoing | |
| Senior Labor Economist | 2/3/2010 | 0.25 | $600.00 | $150.00 | Ongoing | |
| **Total: Senior Labor Economist** | | 12.25 | | $7,350.00 | | |
| **Title: Support Staff** | | | | | | |
| Support Staff | 1/20/2010 | 1.50 | $130.00 | $195.00 | Program writing | |
| Support Staff | 1/21/2010 | 1.75 | $130.00 | $227.50 | Program writing | |

| Staff | Date | Hours | Billing Rate | TOTAL | Activity |
|-------|------|-------|--------------|-------|----------|
| Support Staff | 1/22/2010 | 4.00 | $130.00 | $520.00 | Data Code Sort Prepare |
| Support Staff | 1/22/2010 | 5.50 | $130.00 | $715.00 | Program writing |
| Support Staff | 1/25/2010 | 4.50 | $130.00 | $585.00 | Data Code Sort Prepare |
| Support Staff | 1/26/2010 | 1.00 | $130.00 | $130.00 | Data Code Sort Prepare |
| Support Staff | 1/26/2010 | 4.00 | $130.00 | $520.00 | Program writing |
| Support Staff | 1/27/2010 | 3.00 | $130.00 | $390.00 | Data Code Sort Prepare |
| Support Staff | 1/27/2010 | 1.50 | $130.00 | $195.00 | Data Code Sort Prepare |
| Support Staff | 1/28/2010 | 8.00 | $130.00 | $1,040.00 | Data Code Sort Prepare |
| Support Staff | 1/28/2010 | 4.75 | $130.00 | $617.50 | Data Code Sort Prepare |
| Support Staff | 1/28/2010 | 3.00 | $130.00 | $390.00 | Data Code Sort Prepare |
| Support Staff | 1/29/2010 | 1.50 | $130.00 | $195.00 | Data Code Sort Prepare |
| Support Staff | 1/29/2010 | 8.00 | $130.00 | $1,040.00 | Data Code Sort Prepare |
| Support Staff | 1/29/2010 | 5.00 | $130.00 | $650.00 | Data Code Sort Prepare |
| Support Staff | 1/30/2010 | 1.25 | $130.00 | $162.50 | Data Code Sort Prepare |
| Support Staff | 1/30/2010 | 7.00 | $130.00 | $910.00 | Data Code Sort Prepare |
| Support Staff | 2/1/2010 | 8.00 | $130.00 | $1,040.00 | Data Code Sort Prepare |
| Support Staff | 2/1/2010 | 8.00 | $130.00 | $1,040.00 | Data Code Sort Prepare |
| Support Staff | 2/1/2010 | 4.00 | $130.00 | $520.00 | Data Code Sort Prepare |
| Support Staff | 2/2/2010 | 5.50 | $130.00 | $715.00 | Data Base Analysis |
| Support Staff | 2/2/2010 | 6.50 | $130.00 | $845.00 | Data Code Sort Prepare |

| Total: Support Staff | | 97.25 | | $12,642.50 | |

| Grand Total | | 186.34 | | $42,276.10 | |

**SUPPORT FOR INVOICE # EEOC 022410**

| TASK | DESCRIPTION OF SERVICE | BUDGET HOURS | 2/3/2010 % Complete Thru 02/3/2010 | HOURS | 2/3/2010 INVOICE | 2/3/2010 BALANCE Available |
|---|---|---|---|---|---|---|
| 1 | Initial meeting with trial attorneys to discuss strategy and goals. | | | | | |
| | Senior Labor Economist | 2 | 100% | 0.00 | $0.00 | $0.00 |
| | Labor Economist | 2 | 100% | 0.00 | $0.00 | $0.00 |
| | Associate/Programmer | 2 | 100% | 0.00 | $0.00 | $0.00 |
| 2 | Review of relevant pleadings, documents, electronic records and depositions. | | | | | |
| | Senior Labor Economist | 4 | 100% | 0.74 | $444.00 | $0.00 |
| | Labor Economist | 4 | 100% | 0.00 | $0.00 | $0.00 |
| | Associate/Programmer | 8 | 100% | 3.20 | $416.00 | $0.00 |
| 3 | Assist the trial attorneys in the preparation of discovery requests and responses to discovery requests. | | | | | |
| | Senior Labor Economist | 1 | 100% | 0.50 | $300.00 | $0.00 |
| | Labor Economist | 3 | 100% | 0.00 | $0.00 | $0.00 |
| 4 | Provide oral or written status reports when requested by trial attorneys | | | | | |
| - | Labor Economist | 4 | 100% | 2.00 | $580.00 | $0.00 |
| 5 | Create a protocol for database construction. (Separate vendor will construct database on applicants from various sources both computered and non-computerized. | | | | | |
| | Senior Labor Economist | 2 | 100% | 0.00 | $0.00 | $0.00 |
| 6 | Prepare electronic database provided by EEOC vendor for analysis. All data about the applicants (including Race) will be included in electronic database received from EEOC Vendor. Incorporate Census job codes into data base | | | | | |
| | Senior Labor Economist | 10 | 100% | 7.00 | $4,200.00 | $0.00 |
| | Labor Economist | 20 | 100% | 0.00 | $0.00 | $0.00 |
| | Associate/Programmer | 40 | 100% | 40.00 | $5,200.00 | $0.00 |
| 7 | Research and analyze hiring data, conduct statistical analyses and generate results | | | | | |
| | Senior Labor Economist | 12 | 100% | 12.00 | $7,200.00 | $0.00 |
| | Labor Economist | 24 | 100% | 9.02 | $2,615.80 | $0.00 |
| | Associate/Programmer | 36 | 100% | 36.00 | $4,680.00 | $0.00 |
| 8 | Prepare testifying expert report | | | | | |
| | Senior Labor Economist | 20 | 50% | 10.00 | $6,000.00 | $6,000.00 |
| | Labor Economist | 28 | 71% | 20.00 | $5,800.00 | $2,320.00 |
| | Associate/Programmer | 48 | 78% | 37.25 | $4,840.30 | $1,399.70 |
| 9 | Other, e.g., phone calls, copying, express mailing. | 1 | | | | $200.00 |
| | **Total Phase I** | | | | $42,276.10 | $9,919.70 |
| | **AMOUNT AUTHORIZED 8/1/09** | | | | | |

ECONSULT CORPORATION