# EXHIBIT V


**VALORA**
technologies

70 Blanchard Rd., Suite 400, Burlington, MA 01803
781-229-2265
www.valoratech.com
Tax ID# 04-3538028

# INVOICE

**Remit To:**

Valora Technologies, Inc.
70 Blanchard Rd.
Suite 400
Burlington, MA 01803

| | |
|---|---|
| **Invoice Number:** | 02281 |
| **Invoice Date:** | 11/11/2009 |
| **Project:** | Peoplemark |
| **Installment:** | I |

**Bill To:**

National Business Center
EEOC Payments
MS D-2735
7301 West Mansfield Avenue
Denver, CO 80235

| | |
|---|---|
| **PO Number:** | EECIND09088 |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/6/2009 | EEOC:Peoplemark - OCR: Single page text file matched per image | 50,000 | 0.05 | 2,500.00 |
| 11/6/2009 | EEOC:Peoplemark - Unitization Logical Unitization Begin Attach, End Attach | 10 | 125.00 | 1,250.00 |
| 11/6/2009 | EEOC:Peoplmark - Per Document Field Capture: Custom Indexing Maximum (15) Fields | 10,000 | 1.82 | 18,200.00 |

payment authorized.  ~~Oblig.~~ Contract #
No. EECIND09088

_[signature]_           11/19/09
Name                        Date

I certify that the services have been received, partial
payment authorized.  Oblig.
                     No.

Balance Due:  $21,950.00

All outstanding balances listed on this invoice are due and payable net 30 from date of invoice. Delayed payments will be subject to interest at the rate of 1.5 percentage points per month, calculated from the date when payment becomes overdue until payment is made. Customer agrees to pay all federal, state, local, and other taxes based on this Invoice or for any services performed in connection herewith.

If you have any questions about your invoice, please contact Accounts Receivable at: 781-229-2265. We appreciate your business.



**VALORA technologies**

70 Blanchard Rd., Suite 400, Burlington, MA 01803
781-229-2265
www.valoratech.com
Tax ID# 04-3538028

# INVOICE

**Remit To:**

Valora Technologies, Inc.
70 Blanchard Rd.
Suite 400
Burlington, MA 01803

**Bill To:**

National Business Center
EEOC Payments
MS D-2735
7301 West Mansfield Avenue
Denver, CO 80235

| | |
|---|---|
| **Invoice Number:** | 02283 |
| **Invoice Date:** | 11/11/2009 |
| **Project:** | Peoplemark |
| **Installment:** | I |
| **PO Number:** | EECIND09108 |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/6/2009 | EEOC:Peoplmark - Application Cataloging: Skills & Education | 1 | 17,796.00 | 17,796.00 |

Name        Date

I certify that the services have been received, partial payment authorized.   Oblig. Contract
No. EECIND09108
11/19/09

*[Signature: Omar Weaver]*

Balance Due: $17,796.00

All outstanding balances listed on this invoice are due and payable net 30 from date of invoice. Delayed payments will be subject to interest at the rate of 1.5 percentage points per month, calculated from the date when payment becomes overdue until payment is made. Customer agrees to pay all federal, state, local, and other taxes based on this Invoice or for any services performed in connection herewith.

If you have any questions about your invoice, please contact Accounts Receivable at: 781-229-2265. We appreciate your business.



**VALORA technologies**

70 Blanchard Rd., Suite 400, Burlington, MA 01803
781-229-2265
www.valoratech.com
Tax ID# 04-3538028

# INVOICE

**Remit To:**

Valora Technologies, Inc.
70 Blanchard Rd.
Suite 400
Burlington, MA 01803

**Bill To:**

National Business Center
EEOC Payments
MS D-2735
7301 West Mansfield Avenue
Denver, CO 80235

| | |
|---|---|
| **Invoice Number:** | 02282 |
| **Invoice Date:** | 11/11/2009 |
| **Project:** | Peoplemark |
| **Installment:** | I |
| **PO Number:** | EECIND09109 |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/6/2009 | EEOC:Peoplemark - Application Cataloging: Experience | 1 | 23,579.00 | 23,579.00 |

Name            Date
I certify that the services have been received, partial payment authorized. ~~Oblig.~~ Contract
No. EECIND09109
[signature: Omar Weaver]    11/19/09
Name            Date
I certify that the services have been received, partial

Balance Due: $23,579.00

All outstanding balances listed on this invoice are due and payable net 30 from date of invoice. Delayed payments will be subject to interest at the rate of 1.5 percentage points per month, calculated from the date when payment becomes overdue until payment is made. Customer agrees to pay all federal, state, local, and other taxes based on this Invoice or for any services performed in connection herewith.

If you have any questions about your invoice, please contact Accounts Receivable at: 781-229-2265. We appreciate your business.



**VALORA** technologies

70 Blanchard Rd., Suite 400, Burlington, MA 01803
781-229-2265
www.valoratech.com
Tax ID# 04-3538028

# INVOICE

**Remit To:**

Valora Technologies, Inc.
70 Blanchard Rd.
Suite 400
Burlington, MA 01803

**Bill To:**

National Business Center
EEOC Payments
MS D-2735
7301 West Mansfield Avenue
Denver, CO 80235

| **Invoice Number:** | 02284 |
| **Invoice Date:** | 11/11/2009 |
| **Project:** | Peoplemark |
| **Installment:** | I |
| **PO Number:** | EECIND09110 |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/6/2009 | EEOC:Peoplmark - Database Creation & QA/QC Creation of Population | 1 | 20,215.00 | 20,215.00 |

payment authorized.  ~~Oblig.~~ Contract
No. __EECIND09110__
_Omar Weaver_   __11/19/09__
Name                                    Date

I certify that the services have been received, partial
payment authorized.    Oblig.
                       No.

Balance Due:  $20,215.00

All outstanding balances listed on this invoice are due and payable net 30 from date of invoice. Delayed payments will be subject to interest at the rate of 1.5 percentage points per month, calculated from the date when payment becomes overdue until payment is made. Customer agrees to pay all federal, state, local, and other taxes based on this Invoice or for any services performed in connection herewith.

If you have any questions about your invoice, please contact Accounts Receivable at: 781-229-2265. We appreciate your business.



# VALORA
technologies

70 Blanchard Rd., Suite 400, Burlington, MA 01803
781-229-2265
www.valoratech.com
Tax ID# 04-3538028

# INVOICE

**Remit To:**

Valora Technologies, Inc.
70 Blanchard Rd.
Suite 400
Burlington, MA 01803

**Bill To:**

National Business Center
EEOC Payments
MS D-2735
7301 West Mansfield Avenue
Denver, CO 80235

| | |
|---|---|
| Invoice Number: | 02299 |
| Invoice Date: | 12/1/2009 |
| Project: | Peoplemark |
| Installment: | I |
| PO Number: | EECIND09087 |

| Date | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| 11/6/2009 | EEOC:Peoplemark - Scanning & Unitization | 52,000 | 0.25 | 13,000.00 |
| 11/6/2009 | EEOC:Peoplemark - Set-Up and Management Fee | 10 | 125.00 | 1,250.00 |

Name          Date

I certify that the services have been received, partial payment authorized.    Oblig. No. _EECIND09087_

_/s/_          _12/30/09_
Name          Date

I certify that the services have been received, partial

Balance Due:    $14,250.00

All outstanding balances listed on this invoice are due and payable net 30 from date of invoice. Delayed payments will be subject to interest at the rate of 1.5 percentage points per month, calculated from the date when payment becomes overdue until payment is made. Customer agrees to pay all federal, state, local, and other taxes based on this Invoice or for any services performed in connection herewith.

If you have any questions about your invoice, please contact Accounts Receivable at: 781-229-2265. We appreciate your business.