# EXHIBIT W

Devah Pager  
Department of Sociology  
157 Wallace Hall  
Princeton University  
Princeton, NJ 08544  
Ph: 609-258-8725  

**Invoice No.** 1

# INVOICE

**Client** EEOC

| | | **Misc** | |
|---|---|---|---|
| Name | EEOC, attention Omar Weaver | Date | 3/4/2010 |
| Address | | | |
| City | Grand Rapids  MI NJ  ZIP | Project No. | |
| Phone | | | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 2 | Initial meetings | $ 300.00 | $600.00 |
| 9 | Status reports | $ 300.00 | $2,700.00 |
| 5 | Literature review | $ 300.00 | $1,500.00 |
| 29 | Report preparation (data analysis and writing) | $ 300.00 | $8,700.00 |
| 11 | Deposition preparation (photocopying, document assembly, preparation) | $ 300.00 | $3,300.00 |

56

| | |
|---|---|
| SubTotal | $16,800.00 |
| Shipping | |

**Payment** Other

Tax Rate(s)

| | |
|---|---|
| TOTAL | $16,800.00 |

Comments  
Name  
CC #   Office Use Only  
Expires