UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

       Plaintiff,                                 Case No. 1:08-cv-907

v.                                                     Hon. Robert J. Jonker

PEOPLEMARK, INC.,

       Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION
TO FILE ENLARGED BRIEF**

       Pending before the court is plaintiff's motion to file an enlarged brief in support of its response to Defendant's Motion for Fees, Costs and Sanctions (docket no. 125). The motion is unopposed. The motion is therefore **GRANTED** and plaintiff's brief shall be accepted for filing.

       **IT IS SO ORDERED.**


Dated: June 1, 2010                              /s/ Hugh W. Brenneman, Jr.
                                                    HUGH W. BRENNEMAN, JR.
                                                    United States Magistrate Judge