UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

CASE NO. 1:08-CV-907

v.

HON. ROBERT J. JONKER

PEOPLEMARK, INC.,

      Defendant.

_____/

## FINAL JUDGMENT

In accordance with the Order entered this day, and the earlier order of dismissal (docket # 120), Judgment is entered in favor of Defendant Peoplemark, Inc. and against Plaintiff Equal Employment Opportunity Commission dismissing Plaintiff's claims with prejudice and directing Plaintiff to pay Defendant's attorney fees, expert fees and other expenses in the amount of $751,942.48.

Dated:    October 17, 2011        /s/ Robert J. Jonker
                                                   ROBERT J. JONKER
                                                   UNITED STATES DISTRICT JUDGE