# BAKER DONELSON
BEARMAN, CALDWELL & BERKOWITZ, PC

## Edward R. Young



Shareholder
First Tennessee Building
165 Madison Avenue
Suite 2000
Memphis, Tennessee 38103

T: 901.577.2341
F: 901.577.0879
eyoung@bakerdonelson.com

Edward R. Young is a shareholder in the Memphis office of Baker Donelson, where he is engaged in a unique nationwide practice limited exclusively to the representation of management in all phases of labor relations and employment law. He began his practice with Newell Fowler, who was known as one of the first labor relations attorneys in the nation. For more than thirty years he has assisted clients in labor and employment litigation in state and federal courts in issues dealing with the EEOC and NLRB. He has litigated in federal courts opposite the EEOC, tried cases before the NLRB, as well as handled union elections before that agency. He has also defended matters before the U.S. Department of Labor. He has assisted clients in conducting self audits, and audits of subcontractors to assure compliance with the Fair Labor Standards Act, The Davis-Bacon Act and The Service Contract Act.

Mr. Young was previously appointed by both the City of Memphis Mayor and the Shelby County Mayor to serve as a special attorney for those bodies handling labor relations matters dealing with the Fire Department, Police and Sheriff's Department and the Hospital Authority.

The cornerstone of his philosophy and practice is the belief that in labor relations matters, it is not sufficient merely to advise clients as to what they cannot do. What is essential is the ability to furnish clients with an affirmative "game plan," and then to provide the methodical and detailed planning that will ensure its success. He believes that excellence can be achieved only through a combination of skill, innovation, and consistency.

### Publications & Speaking Engagements

- Featured – "Edward Young of Baker Donelson on Enjoying Work Despite Industry Changes," *MBQ: Inside Memphis Business* (May 9, 2013)
- Author – "NLRB Hooks Alaska Hotel Anti-Union Efforts," *Hospitalitas* newsletter (November 2012)
- Panelist – "Birds of a Feather Stick Together: A Real Life Story of a Tough Union Organization Campaign and Lessons Learned," Southern Automotive Conference, Chattanooga, Tennessee (October 2012)
- Author – "NLRB Decision Potentially Impacts Hospitality and Other Service Businesses," *Hospitalitas* newsletter (September 2011)
- Panelist – "Using the Federal Courts to Challenge and Remedy Workplace Discrimination," at the "Celebrating the 45th Anniversary of Title VII: Ensuring the Promise of Equal Employment" conference (November 2010)
- Speaker – "How the New National Labor Relations Board Will Impact Your Business," Employment Law Briefing, Memphis, Tennessee (September 2010)
- Co-author – "Update: Social Networking in the Employment Context," *Tennessee Dental Association Newsletter* (February 2010)
- Speaker – "What to Expect From the NLRB," Southern Automotive Conference, Murfreesboro, Tennessee (October 2009)
- Speaker – "Maintaining a Union Free Environment: What a Leader Must Know," Baker Donelson Labor and Employment Law Seminar – Strategies and Solutions for Today's Employer, Knoxville, Tennessee (April 2009)
- Speaker – "Important Changes to Family and Medical Leave Under the Family Medical Leave Act,"



EXHIBIT A

Employment Law Briefing, Memphis, Tennessee (February 2009)
- Speaker – "Pending Labor and Employment Legislation," Franchise Business Network (January 2009)
- Speaker – "Employers Beware: The Employee Free Choice Act," Baker Donelson Client Briefing, New Orleans, Louisiana (December 2008)
- Speaker – "Employers Beware: The Employee Free Choice Act," Martinet Society, New Orleans, Louisiana (December 2008)
- Speaker – "The Employee Free Choice Act, Recent Changes to the FMLA and the ADA," Jackson, Tennessee Area Chamber of Commerce (November 2008)
- Speaker – "Employers Beware: The Employee Free Choice Act, Recent Changes to the FMLA, and Proposals to Amend the ADA," Dyersburg/Dyer County, Tennessee Chamber of Commerce (October 2008)
- Speaker – "Responding to a Union Organizing Campaign: What a Union Can Do to You," Baker Donelson Labor Employment Law Seminar – Strategies and Solutions for Today's Employer, Knoxville, Tennessee (April 2008)
- Speaker – "Targeting Health Care Workers: Responding to a Union Organizing Campaign" (Nashville, Tennessee October 2007; Jackson, Mississippi April 2008; Memphis, Tennessee August 2008)
- Speaker – "I Am Here from the Government and I Am Here to Help You: Responding to Wage and Hour Investigations, NLRB and EEOC Charges," joint meeting of the Tennessee Society of CPA's and The Institute of Management Accountants (November 2007)
- Speaker – "Purchasing a Unionized Business," Tennessee Society of CPA's (September 2007)
- Contributor – *The Developing Labor* Law (Schlei and Grossman)
- Contributor – *Employment Discrimination* Law
- Spoken on numerous occasions on labor relations and employment before Bar Associations and employers in the law enforcement, long-term health care, hotel and lodging, hospital, and printing and publishing industries
- Guest speaker – New Orleans Bar Association Labor Law Section "Class Actions Under the Fair Labor Standards Act" (2006)
- Chaired statewide seminars in three cities for the Tennessee Health Care Association dealing with a variety of employment issues from FMLA to Title VII (2007)
- Quoted in *Modern Health Care, Employment Law 360, Human Resource Executive Online*, and *Greater Baton Rouge Business Report* on the proposed Employee Free Choice Act (2007)
- Co-author of "Responding to a Union-Organizing Campaign" in *Franchising World*, the magazine of the International Franchise Association (2007)
- Co-author of "New labor legislation related to union organizing faces stiff opposition" in *Memphis Business Journal*, April 30, 2007

**Professional Honors & Activities**
- Listed since 2008 in *Chambers USA: America's Leading Business Lawyers* as a leading labor & employment lawyer in Tennessee
- Listed since 2006 in *Best Lawyers in America®* in Labor & Employment
- AV® Preeminent™ Peer Review Rated by Martindale-Hubbell
- Listed as among top 50 attorneys in Memphis and among top 100 attorneys in Tennessee by *Mid-South Super Lawyers* since 2006
- Member – Memphis, Tennessee and American (Member, Labor and Employment Law Section, Committees on Equal Employment Opportunity Law) Bar Associations
- Special Labor Relations Counsel, Shelby County (1971 – 1981)
- Adjunct Professor of Labor Legislation – University of Memphis
- President – Memphis Jewish Federation (1987 – 1989)
- President – Economic Club of Memphis (2004)

- For the United Jewish Communities:
    - Southeast Regional Chair
    - Served on National Executive Committee
    - Member – Board of Trustees
    - Chair – Pension Review Committee
- Former Board Member – Memphis Jewish Community Center
- Board Member – United Way of Greater Memphis (1979 – 1989)

**Admissions**
- Tennessee: all state courts including Tennessee Supreme Court
- United States District Court, Western District of Tennessee
- United States District Court, Northern District of Mississippi
- United States District Court, Eastern District of Michigan
- United States District Court, Western District of Michigan
- United States Court of Appeals, Fifth Circuit
- United States Court of Appeals, Sixth Circuit
- United States Court of Appeals, Eighth Circuit
- United States Court of Appeals, Eleventh Circuit
- United States Court of Appeals, District of Columbia Circuit
- United States Supreme Court

**Education**
- Vanderbilt University School of Law, J.D., 1966
- Memphis State University, B.S., 1963

EXPAND YOUR EXPECTATIONS

© 2014 Baker, Donelson, Bearman, Caldwell & Berkowitz, PC