

# BAKER DONELSON
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

## SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

April 9, 2012
Bill No.7686788
Client/Matter:  2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 2,799.50 |
| Current Expenses | $ | 38.27 |
| Total Current Amount | $ | 2,837.77 |
| Previously Billed and Outstanding | $ | 15,743.45 |
| TOTAL AMOUNT DUE | $ | 18,581.22 |



**EXHIBIT**

B

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON D.C.

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

April 9, 2012
Bill No. 7686788
Page 2 of 3

### ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 03/09/12 | RMW | Conference with E. Young regarding recent case; review recent case law; review district court decision in Eastern District of Michigan regarding CINTAS cases | 365.00 | 2.00 | 730.00 |
| 03/09/12 | RMW | Review Eighth Circuit case involving CRST Van in preparation for appeal | 365.00 | 0.80 | 292.00 |
| 03/09/12 | ERY | Office conference re: new case on attorneys' fees | 400.00 | 0.25 | 100.00 |
| 03/14/12 | RMW | Review of Defendant's brief in Cintas appeal | 365.00 | 1.40 | 511.00 |
| 03/16/12 | RMW | Review additional information regarding Cintas appeal; prepare email to Cintas attorney regarding fee award issue; review New Mexico decision on award of attorneys fees against the EEOC | 365.00 | 0.80 | 292.00 |
| 03/20/12 | RMW | Review brief of Cintas on attorney fee issue; conference with E. Young regarding Cintas briefs | 365.00 | 1.30 | 474.50 |
| 03/21/12 | ERY | Review 8th Circuit decision on attorney fees; office conference re: same | 400.00 | 1.00 | 400.00 |
| | | TOTAL CURRENT FEES | | 7.55 | $ 2,799.50 |

### FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| ERY | E R Young | 400.00 | 1.25 | 500.00 |
| RMW | R Williams | 365.00 | 6.30 | 2,299.50 |
| | TOTAL CURRENT FEES | | 7.55 | $ 2,799.50 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
**Client/Matter: 2902221.000051**

April 9, 2012
Bill No. 7686788
Page 3 of 3

## ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Mobile/Cell Phone Charges Edward Young / Invoice: 072011B / Cell Phone Charges | 07/20/11 | 36.55 |
| Computer Research (Pacer Charge) | 02/28/12 | 0.72 |
| Photo Reproduction Charge Copy; Lt, 5 Page(s) | 03/20/12 | 1.00 |
| TOTAL CURRENT EXPENSES | $ | 38.27 |

TOTAL CURRENT AMOUNT DUE  $   2,837.77

## PREVIOUSLY BILLED AND OUTSTANDING

| BILL NUMBER | BILL DATE | BALANCE |
|---|---|---|
| 7667864 | February 8, 2012 | 12,202.95 |
| 7679910 | March 16, 2012 | 3,540.50 |
| TOTAL PREVIOUSLY BILLED AND OUTSTANDING | $ | 15,743.45 |
| TOTAL AMOUNT DUE | $ | 18,581.22 |



# BAKER DONELSON
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

April 9, 2012
Bill No.7686788
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 2,799.50 |
| Current Expenses | $ | 38.27 |
| Total Current Amount | $ | 2,837.77 |
| Previously Billed and Outstanding | $ | 15,743.45 |
| TOTAL AMOUNT DUE | $ | 18,581.22 |



# BAKER DONELSON
BEARMAN, CALDWELL & BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

May 15, 2012
Bill No. 7698823
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 20,485.50 |
| Current Expenses | $ | 30.40 |
| TOTAL AMOUNT DUE | $ | 20,515.90 |

Guardsmark, LLC                                                    May 15, 2012
Grand Rapids, Michigan/Scott, Sherri                          Bill No. 7698823
Client/Matter: 2902221.000051                                    Page 2 of 3

### ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 03/19/12 | RMW | Review EEOC's appellate brief in Cintas Appeal #11-2057 regarding attorney fees; review court decision and recent Supreme Court decision | 365.00 | 2.40 | 876.00 |
| 04/06/12 | RMW | Determine panel of judges for CINTAS attorney's fee appeal; prepare email to E. Young and I. Abdullah regarding CINTAS appeal | 365.00 | 0.50 | 182.50 |
| 04/16/12 | AIA | Reviewed the brief of the Appellant Equal Employment Opportunity Commission | 270.00 | 5.50 | 1,485.00 |
| 04/17/12 | AIA | Review deposition of Judd Osten and exhibits | 270.00 | 3.60 | 972.00 |
| 04/18/12 | RMW | Review information about EEOC's brief filing | 365.00 | 0.20 | 73.00 |
| 04/18/12 | AIA | Review pleadings related to discovery disputes and motions to compel for use in facts section of Appellee Brief | 270.00 | 2.80 | 756.00 |
| 04/19/12 | AIA | Review pleadings related to discovery disputes and motions to compel for use in facts section of Appellee Brief | 270.00 | 2.90 | 783.00 |
| 04/20/12 | AIA | Review pleadings related to discovery disputes and motions to compel for use in facts section of Appellee Brief | 270.00 | 2.60 | 702.00 |
| 04/21/12 | AIA | Review pleadings related to discovery disputes and motions to compel for use in facts section of Appellee Brief | 270.00 | 3.20 | 864.00 |
| 04/23/12 | AIA | Reviewed case law cited by EEOC in Appellant brief regarding expert fees | 270.00 | 3.30 | 891.00 |
| 04/24/12 | AIA | Reviewed case law cited by EEOC regarding expert fees; reviewed case law regarding whether expert fees run concurrently with attorney fees or are more properly treated as a taxable expense | 270.00 | 4.80 | 1,296.00 |
| 04/25/12 | AIA | Work on statement of facts | 270.00 | 4.50 | 1,215.00 |
| 04/26/12 | ERY | Reviewing EEOC's brief | 400.00 | 0.50 | 200.00 |
| 04/26/12 | ERY | Further review of brief | 400.00 | 0.30 | 120.00 |

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

May 15, 2012
Bill No. 7698823
Page 3 of 3

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 04/26/12 | AIA | Work on statement of facts | 270.00 | 7.40 | 1,998.00 |
| 04/27/12 | AIA | Work on statement of facts | 270.00 | 8.00 | 2,160.00 |
| 04/28/12 | AIA | Work on statement of facts | 270.00 | 6.40 | 1,728.00 |
| 04/29/12 | AIA | Work on statement of facts | 270.00 | 5.50 | 1,485.00 |
| 04/30/12 | RMW | Begin review of EEOC Appellate Brief; conference with I. Abdullah regarding issues in brief | 365.00 | 3.40 | 1,241.00 |
| 04/30/12 | AIA | Work on statement of facts | 270.00 | 5.40 | 1,458.00 |
| | | TOTAL CURRENT FEES | | 73.20 | $ 20,485.50 |

### FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| AIA | I I Abdullah | 270.00 | 65.90 | 17,793.00 |
| ERY | E R Young | 400.00 | 0.80 | 320.00 |
| RMW | R  Williams | 365.00 | 6.50 | 2,372.50 |
| | TOTAL CURRENT FEES | | 73.20 | $ 20,485.50 |

### ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Court Expense Clerk, U.S. Court of Appeals, Sixth Circ / Invoice: 042412 / Fee to obtain CD | 04/24/12 | 30.00 |
| Photo Reproduction Charge Copy; Lt, 2 Page(s) | 04/30/12 | 0.40 |
| | TOTAL CURRENT EXPENSES | $ 30.40 |

TOTAL CURRENT AMOUNT DUE    $  20,515.90



FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

TAX NO. 62-1047356

# REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

May 15, 2012
Bill No. 7698823
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 20,485.50 |
| Current Expenses | $ | 30.40 |
| TOTAL AMOUNT DUE | $ | 20,515.90 |



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

---

# SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN  38101

July 11, 2012
Bill No.7717750
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

|  |  |  |
|---|---|---:|
| Current Professional Services Rendered | $ | 61,949.00 |
| Current Expenses | $ | 964.66 |
| **TOTAL AMOUNT DUE** | $ | 62,913.66 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON D.C.

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

July 11, 2012
Bill No. 7717750
Page 2 of 8

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 05/01/12 | RMW | Complete review of EEOC's brief; conference with I. Abdullah; review case law; review docket sheet of district court; identifying transcripts of various hearings | 365.00 | 1.00 | 365.00 |
| 05/01/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 6.00 | 1,620.00 |
| 05/02/12 | RMW | Review case law cited by EEOC regarding expert fees; conference with I. Abdullah regarding magistrate judge decision in Second Circuit | 365.00 | 1.00 | 365.00 |
| 05/02/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 0.80 | 216.00 |
| 05/03/12 | RMW | Conference with I. Abdullah regarding facts for brief; prepare for meeting with E. Young regarding responsive brief to EEOC's Appellate brief; conference with I. Abdullah regarding CINTAS appeal and brief; case law; New Mexico case, CRST case and others | 365.00 | 1.00 | 365.00 |
| 05/03/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 1.20 | 324.00 |
| 05/07/12 | ERY | Office conference regarding brief to 6th Circuit | 400.00 | 2.50 | 1,000.00 |
| 05/07/12 | RMW | Review oral argument in Cintas Appeal; meet with E. Young and I. Abdullah regarding issues to address in EEOC Appeal brief | 365.00 | 2.50 | 912.50 |
| 05/07/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 3.40 | 918.00 |
| 05/10/12 | ERY | Telephone call from ▓▓▓▓▓▓ regarding critique of EEOC's brief; office conference regarding same | 400.00 | 1.00 | 400.00 |

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

July 11, 2012
Bill No. 7717750
Page 3 of 8

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 05/10/12 | RMW | Conference with E. Walker regarding research issue concerning expert witness fees; conference with I. Abdullah regarding issues concerning records and legal issues to research; conference with E. Young and I. Abdullah regarding issues with Plaintiff's brief raise by ▮▮▮▮ | 365.00 | 1.10 | 401.50 |
| 05/10/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 5.00 | 1,350.00 |
| 05/11/12 | ERY | Dictating notes from conversation with ▮▮▮▮ regarding EEOC's brief; telephone call from ▮▮▮▮ regarding additional points; office conference regarding same | 400.00 | 0.80 | 320.00 |
| 05/11/12 | ERY | Editing memo on my conversation with ▮▮▮▮ | 400.00 | 0.30 | 120.00 |
| 05/11/12 | RMW | Conference with E. Walker regarding research issues | 365.00 | 0.20 | 73.00 |
| 05/11/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 5.00 | 1,350.00 |
| 05/12/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 5.00 | 1,350.00 |
| 05/13/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 5.80 | 1,566.00 |
| 05/14/12 | RMW | Conference with I. Abdullah regarding statement of facts and issues | 365.00 | 0.50 | 182.50 |
| 05/14/12 | AIA | Completed first draft counter-statement of facts for the review of Ed Young, final outline of rebuttal argument to the EEOC; work on drafting argument | 270.00 | 7.00 | 1,890.00 |
| 05/15/12 | RMW | Revise draft statement of facts for appellate brief | 365.00 | 1.30 | 474.50 |
| 05/15/12 | EHW | Conduct research re legislative history of Title VII provision allowing for expert fees, case law re the scope of the determination letter and whether the EEOC needed to amend their complaint | 210.00 | 3.50 | 735.00 |
| 05/15/12 | AIA | Work on drafting brief of Appellee Peoplemark, Inc. | 270.00 | 5.30 | 1,431.00 |

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

July 11, 2012
Bill No.  7717750
Page 4 of 8

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|------------|-------|--------|
| 05/16/12 | RMW | Conference with I. Abdullah regarding issues in brief; begin review of trial record for statement of facts in appellate brief; review transcription of hearings through April 2009 | 365.00 | 3.80 | 1,387.00 |
| 05/16/12 | ERY | Review and edit statement of facts | 400.00 | 1.30 | 520.00 |
| 05/16/12 | AIA | Revise brief for the review of Ed Young | 270.00 | 5.90 | 1,593.00 |
| 05/17/12 | RMW | Continue to review trial records and transcripts conference with E. Young regarding amicus brief and other issues; conference with E. Walker regarding issues researched; review memorandum from E. Walker regarding J. Madden and legislative history of Title VII regarding expert fees; review legislative history | 365.00 | 3.00 | 1,095.00 |
| 05/17/12 | ERY | Telephone call from EEAC regarding Amicus Brief; telephone call to and e-mail to Gary Leviton regarding Amicus Brief; additional e-mails regarding names and briefs and background on EEAC; office conference re: Amicus brief and Peoplemark's brief | 400.00 | 2.50 | 1,000.00 |
| 05/17/12 | EHW | Draft memo to B. Williams re research for appellate brief; conduct additional research for case law distinguishing cases cited by EEOC; review case law addressing the scope of the EEOC's determination letter and claims that the EEOC can pursue | 210.00 | 3.60 | 756.00 |
| 05/17/12 | AIA | Revise brief for the review of Ed Young | 270.00 | 6.70 | 1,809.00 |
| 05/18/12 | RMW | Continue to review trial records; review transcripts of various hearings | 365.00 | 3.00 | 1,095.00 |
| 05/18/12 | AIA | Revise brief for the review of Ed Young | 270.00 | 5.50 | 1,485.00 |
| 05/20/12 | AIA | Work on drafting Appellee brief | 270.00 | 4.80 | 1,296.00 |

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

July 11, 2012
Bill No. 7717750
Page 5 of 8

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 05/21/12 | RMW | Conference with I. Abdullah regarding brief; conference with E. Young; continue to review trial record; review email from R. Vann regarding Amicus brief and reply regarding conference call | 365.00 | 2.20 | 803.00 |
| 05/22/12 | ERY | Conference call with Amicus counsel to discuss case; further review of revised brief | 400.00 | 1.50 | 600.00 |
| 05/22/12 | RMW | Continue to review trial records and transcripts of hearings; conference with E. Young regarding Amicus brief issues; conference with M. Glover regarding Amicus; conference with I. Abdullah regarding various issues and conference with call; conference call R. Vann, E. Young and I. Abdullah regarding facts and amicus brief | 365.00 | 4.10 | 1,496.50 |
| 05/22/12 | AIA | Revising brief for the review of Ed Young | 270.00 | 6.00 | 1,620.00 |
| 05/23/12 | RMW | Make revisions to statement of facts; conference with I. Abdullah regarding facts; prepare email to R. Vann regarding draft facts | 365.00 | 2.00 | 730.00 |
| 05/23/12 | AIA | Revising brief for the review of Ed Young | 270.00 | 8.00 | 2,160.00 |
| 05/24/12 | RMW | Review motion for attorney's fees and costs and EEOC's response; continue to revise statement of facts; review Cohen declarations and discuss with I. Abdullah; prepare section in facts relating to claim of attorney's fees | 365.00 | 3.00 | 1,095.00 |
| 05/24/12 | AIA | Revising brief for the review of Ed Young | 270.00 | 9.00 | 2,430.00 |
| 05/25/12 | RMW | Prepare Section of argument justifying expert fees for Appellate brief; prepare counter statement of the case for Appellate brief; analyze EEOC's brief for issues in defendant brief; meet with I. Abdullah regarding brief; review draft argument and make revisions; discuss issues with I. Abdullah | 365.00 | 3.00 | 1,095.00 |

Guardsmark, LLC                          July 11, 2012
Grand Rapids, Michigan/Scott, Sherri       Bill No. 7717750
Client/Matter: 2902221.000051           Page 6 of 8

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 05/25/12 | AIA | Completed first draft of entire brief, counter-statement of issues, argument for the review of Ed Young and Buck Lewis of firm's appellate committee | 270.00 | 5.00 | 1,350.00 |
| 05/26/12 | AIA | Work on finalizing all citations to the record | 270.00 | 4.40 | 1,188.00 |
| 05/27/12 | ERY | Further review and edit Peoplemark's Sixth Circuit brief | 400.00 | 4.50 | 1,800.00 |
| 05/27/12 | GTL | Review and provide edits to Sixth Circuit brief (No Charge) | 0.00 | 1.60 | 0.00 |
| 05/27/12 | AIA | Work on finalizing all citations to the appellate record | 270.00 | 2.20 | 594.00 |
| 05/28/12 | AIA | Work on finalizing all citations to the appellate record | 270.00 | 2.10 | 567.00 |
| 05/29/12 | RMW | Revise counter statement of case; conference with E, Young and I. Abdullah regarding issues with brief; work on revision to statement of facts; conference with I. Abdullah regarding cutting portions of brief to meet 6th Circuit word limit | 365.00 | 4.00 | 1,460.00 |
| 05/29/12 | ERY | Office conference; reviewing brief | 400.00 | 2.50 | 1,000.00 |
| 05/29/12 | AIA | Work on revising Appellee brief | 270.00 | 8.00 | 2,160.00 |
| 05/30/12 | RMW | Conference E. Young regarding deletions from brief; telephone conference with R. Vann (Amicus counsel) regarding brief; make highlights to prior draft and email to R. Vann; continue to revise brief and reduce number of words in brief; various conferences with E. Young and I. Abdullah regarding issues concerning brief and word count | 365.00 | 3.50 | 1,277.50 |
| 05/30/12 | ERY | Office conference regarding brief; telephone call to Amicus counsel regarding arguments in brief | 400.00 | 0.80 | 320.00 |
| 05/30/12 | ERY | Review draft brief; edit same; office conference regarding changes and statement of issues | 400.00 | 3.50 | 1,400.00 |
| 05/30/12 | AIA | Work on revising and finalizing Appellee brief | 270.00 | 11.10 | 2,997.00 |

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

July 11, 2012
Bill No.  7717750
Page 7 of 8

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 05/31/12 | RMW | Meet with E. Young and I. Abdullah regarding issues concerning brief; conference with I. Abdullah regarding case and argument concerning expert fees; review finalize brief, conference with I. Abdullah regarding main issues on appeal; review seventh circuit case; conference with E. Young and I. Abdullah regarding EEOC's issues; prepare email to R. Vann regarding filed brief | 365.00 | 3.00 | 1,095.00 |
| 05/31/12 | ERY | Office conference regarding oral argument and rebuttal to EEOC's changed theory | 400.00 | 1.30 | 520.00 |
| 05/31/12 | ERY | Proofing changes to brief; office conference regarding expert fees and addressing that issue in the brief | 400.00 | 3.50 | 1,400.00 |
| 05/31/12 | AIA | Finalize brief for filing; work on issues for oral argument | 270.00 | 3.80 | 1,026.00 |
| | | TOTAL CURRENT FEES | | 204.90 | $ 61,949.00 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| AIA | I I Abdullah | 270.00 | 127.00 | 34,290.00 |
| EHW | E H Walker | 210.00 | 7.10 | 1,491.00 |
| ERY | E R Young | 400.00 | 26.00 | 10,400.00 |
| GTL | G T Lewis | 0.00 | 1.60 | 0.00 |
| RMW | R  Williams | 365.00 | 43.20 | 15,768.00 |
| | TOTAL CURRENT FEES | | 204.90 | $ 61,949.00 |

## ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Computer Research (Pacer Charge) | 04/13/12 | 0.50 |
| Computer Research (Pacer Charge) | 04/13/12 | 0.80 |
| Photo Reproduction Charge Copy; Lt, 288 Page(s) | 05/01/12 | 57.60 |
| Computer Research (Pacer Charge) | 05/02/12 | 6.10 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
**Client/Matter: 2902221.000051**

July 11, 2012
Bill No. 7717750
Page 8 of 8

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Photo Reproduction Charge Copy; Lt, 499 Page(s) | 05/07/12 | 99.80 |
| Photo Reproduction Charge Copy; Lt, 363 Page(s) | 05/07/12 | 72.60 |
| Photo Reproduction Charge Copy; Lt, 12 Page(s) | 05/07/12 | 2.40 |
| Photo Reproduction Charge Copy; Lt, 772 Page(s) | 05/07/12 | 154.40 |
| Photo Reproduction Charge Copy; Lt, 844 Page(s) | 05/07/12 | 168.80 |
| Computer Research (Pacer Charge) | 05/08/12 | 2.70 |
| Computer Research (Pacer Charge) | 05/09/12 | 8.00 |
| Computer Research (Pacer Charge) | 05/10/12 | 5.80 |
| Computer Research (Pacer Charge) | 05/10/12 | 10.60 |
| Photo Reproduction Charge Copy; Lt, 9 Page(s) | 05/11/12 | 1.80 |
| Computer Research (Pacer Charge) | 05/11/12 | 18.10 |
| Computer Research (Pacer Charge) | 05/11/12 | 3.10 |
| Computer Research (Pacer Charge) | 05/12/12 | 1.60 |
| Computer Research (Pacer Charge) | 05/14/12 | 5.40 |
| Computer Research (WestLaw Charge) | 05/15/12 | 26.53 |
| Computer Research (Pacer Charge) | 05/16/12 | 26.80 |
| Computer Research (Pacer Charge) | 05/16/12 | 4.70 |
| Computer Research (WestLaw Charge) | 05/17/12 | 12.38 |
| Computer Research (WestLaw Charge) | 05/18/12 | 12.38 |
| Computer Research (WestLaw Charge) | 05/21/12 | 12.38 |
| Computer Research (Pacer Charge) | 05/21/12 | 4.80 |
| Computer Research (Pacer Charge) | 05/22/12 | 0.10 |
| Computer Research (WestLaw Charge) | 05/23/12 | 6.19 |
| Computer Research (Pacer Charge) | 05/23/12 | 2.30 |
| Computer Research (Pacer Charge) | 05/24/12 | 15.90 |
| Computer Research (Pacer Charge) | 05/29/12 | 13.30 |
| Computer Research (Pacer Charge) | 05/30/12 | 11.50 |
| Staff Overtime Client overtime for pay period 05.27.12 - 06.09.12 | 05/30/12 | 184.50 |
| Computer Research (Pacer Charge) | 05/31/12 | 10.80 |
| TOTAL CURRENT EXPENSES | $ | 964.66 |

TOTAL CURRENT AMOUNT DUE  $  62,913.66



**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN  38101

July 11, 2012
Bill No.7717750
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 61,949.00 |
| Current Expenses | $ | 964.66 |
| TOTAL AMOUNT DUE | $ | 62,913.66 |



# BAKER
# DONELSON
### BEARMAN, CALDWELL
### & BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

August 13, 2012
Bill No.7728183
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 2,212.50 |
| Current Expenses | $ | 607.45 |
| Total Current Amount | $ | 2,819.95 |
| Previously Billed and Outstanding | $ | 62,913.66 |
| TOTAL AMOUNT DUE | $ | 65,733.61 |

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

August 13, 2012
Bill No. 7728183
Page 2 of 3

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 06/01/12 | ERY | Review draft Amicus Brief; o/c re: same | 400.00 | 1.00 | 400.00 |
| 06/01/12 | RMW | Review Amicus brief; conference with E. Young regarding brief; prepare email to R. Vann regarding Amicus brief; conference with I. Abdullah regarding Amicus brief | 365.00 | 1.50 | 547.50 |
| 06/07/12 | ERY | Review final brief of Amicus (U.S. Chamber of Commerce); forward to Leviton and Osten | 400.00 | 0.80 | 320.00 |
| 06/11/12 | ERY | Telephone call to EEOC attorney regarding extension of time; office conference regarding same | 400.00 | 0.30 | 120.00 |
| 06/13/12 | AIA | Reviewed motion for extension filed by EEOC | 270.00 | 0.30 | 81.00 |
| 07/09/12 | RMW | Conference with I. Abdullah regarding plaintiff's reply brief | 365.00 | 0.20 | 73.00 |
| 07/10/12 | ERY | Review EEOC's Reply Brief; forward to Leviton and Osten | 400.00 | 0.80 | 320.00 |
| 07/10/12 | AIA | Reviewed and outlined arguments asserted in EEOC's reply brief | 270.00 | 1.30 | 351.00 |
| | | TOTAL CURRENT FEES | | 6.20 | $    2,212.50 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| AIA | I I Abdullah | 270.00 | 1.60 | 432.00 |
| ERY | E R Young | 400.00 | 2.90 | 1,160.00 |
| RMW | R Williams | 365.00 | 1.70 | 620.50 |
| | TOTAL CURRENT FEES | | 6.20 | $    2,212.50 |

**Guardsmark, LLC**                                    August 13, 2012
**Grand Rapids, Michigan/Scott, Sherri**              Bill No.  7728183
**Client/Matter:  2902221.000051**                    Page 3 of 3

### ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Long Distance Charge Number Dialed: (202)783-0010, Destination: WASHINGT, DC | 05/08/12 | 0.35 |
| Long Distance Charge Number Dialed: (202)783-0010, Destination: WASHINGT, DC | 05/08/12 | 0.35 |
| Long Distance Charge Number Dialed: (202)783-0010, Destination: WASHINGT, DC | 05/14/12 | 2.10 |
| Photo Reproduction Charge Copy; Lt, 749 Page(s) | 06/01/12 | 149.80 |
| Long Distance Charge Number Dialed: (202)783-0010, Destination: WASHINGT, DC | 06/01/12 | 0.35 |
| Photo Reproduction Charge Copy; Lt, 38 Page(s) | 06/07/12 | 7.60 |
| Long Distance Charge Number Dialed: (703)931-1679, Destination: ALEXANDR, VA | 06/11/12 | 0.70 |
| Long Distance Charge Number Dialed: (517)672-2769, Destination: HOWELL M, MI | 06/11/12 | 2.80 |
| Transcript Glenda D. Trexler / Invoice: 061912 / Transcript in the EEOC v. Peoplemark case for proceedings on January 7, 2009 and September 18, 2009 | 06/19/12 | 441.00 |
| Photo Reproduction Charge Copy; Lt, 3 Page(s) | 06/21/12 | 0.60 |
| Postage Charge | 06/21/12 | 1.10 |
| Computer Research (Pacer Charge) | 06/25/12 | 0.70 |

TOTAL CURRENT EXPENSES  $   607.45

TOTAL CURRENT AMOUNT DUE  $   2,819.95

### PREVIOUSLY BILLED AND OUTSTANDING

| BILL NUMBER | BILL DATE | BALANCE |
|---|---|---|
| 7717750 | July 11, 2012 | 62,913.66 |

TOTAL PREVIOUSLY BILLED AND OUTSTANDING  $   62,913.66

TOTAL AMOUNT DUE  $   65,733.61



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

August 13, 2012
Bill No.7728183
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 2,212.50 |
| Current Expenses | $ | 607.45 |
| Total Current Amount | $ | 2,819.95 |
| Previously Billed and Outstanding | $ | 62,913.66 |
| TOTAL AMOUNT DUE | $ | 65,733.61 |



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

# SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

November 9, 2012
Bill No.7757982
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 3,778.00 |
| Current Expenses | $ | 17.40 |
| TOTAL AMOUNT DUE | $ | 3,795.40 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
**Client/Matter: 2902221.000051**

November 9, 2012
Bill No.  7757982
Page 2 of 2

### ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 10/25/12 | AIA | Reviewed message from the District court; completed Oral Argument Acknowledgment form for the review of Ed Young | 270.00 | 0.40 | 108.00 |
| 10/26/12 | ERY | Review Complaint and Motion to Compel; review oral argument in Cintas case | 400.00 | 1.50 | 600.00 |
| 10/30/12 | ERY | Reviewing EEOC's brief to 6th Circuit to prepare for oral argument | 400.00 | 2.50 | 1,000.00 |
| 10/31/12 | ERY | Review Peoplemark's brief and outline dates to prepare for oral argument | 400.00 | 2.50 | 1,000.00 |
| 10/31/12 | ERY | Review EEOC's reply brief to 6th Circuit | 400.00 | 2.00 | 800.00 |
| 10/31/12 | AIA | Work on issues in preparation for Sixth Circuit argument of Ed Young | 270.00 | 1.00 | 270.00 |
| | | TOTAL CURRENT FEES | | 9.90 | $  3,778.00 |

### FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| AIA | I I Abdullah | 270.00 | 1.40 | 378.00 |
| ERY | E R Young | 400.00 | 8.50 | 3,400.00 |
| | TOTAL CURRENT FEES | | 9.90 | $  3,778.00 |

### ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Photo Reproduction Charge Copy; Lt, 53 Page(s) | 10/30/12 | 10.60 |
| Photo Reproduction Charge Copy; Lt, 34 Page(s) | 10/31/12 | 6.80 |
| TOTAL CURRENT EXPENSES | $ | 17.40 |
| TOTAL CURRENT AMOUNT DUE | $ | 3,795.40 |



**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN  38101

November 9, 2012
Bill No.7757982
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 3,778.00 |
| Current Expenses | $ | 17.40 |
| TOTAL AMOUNT DUE | $ | 3,795.40 |



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

December 21, 2012
Bill No.7774682
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 32,052.00 |
| Current Expenses | $ | 1,039.84 |
| TOTAL AMOUNT DUE | $ | 33,091.84 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON D.C.

Guardsmark, LLC                                                December 21, 2012
Grand Rapids, Michigan/Scott, Sherri                           Bill No. 7774682
Client/Matter: 2902221.000051                                  Page 2 of 5

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/01/12 | ERY | Begin reviewing 12 volumes of formal documents; correspondence, discovery responses and various motions to prepare for oral argument | 400.00 | 2.80 | 1,120.00 |
| 11/02/12 | ERY | Continue review of formal documents | 400.00 | 1.50 | 600.00 |
| 11/02/12 | AIA | Review appellate record regarding EEOC's Motion to Amend Case Management Order | 270.00 | 0.50 | 135.00 |
| 11/05/12 | ERY | Continue to review formal documents in preparation for oral argument | 400.00 | 5.50 | 2,200.00 |
| 11/06/12 | ERY | Continue reviewing formal documents in preparation for oral argument | 400.00 | 1.00 | 400.00 |
| 11/07/12 | AIA | Reviewed appellate record including Peoplemark's brief and EEOC opening brief and reply brief | 270.00 | 4.40 | 1,188.00 |
| 11/07/12 | ERY | Continue reviewing briefs, motions and court orders to prepare for oral argument | 400.00 | 3.00 | 1,200.00 |
| 11/08/12 | AIA | Review appellate record work on preparation for oral argument of Edward Young | 270.00 | 2.00 | 540.00 |
| 11/09/12 | ERY | Preparing for oral argument; reviewing cases and pleadings | 400.00 | 1.30 | 520.00 |
| 11/09/12 | ERY | Continue preparation for oral argument; review cases cited in brief office conference regarding possible questions from the court | 400.00 | 4.00 | 1,600.00 |
| 11/09/12 | AIA | Review appellate record work on preparation for oral argument of Edward Young | 270.00 | 3.00 | 810.00 |
| 11/10/12 | AIA | Review appellate record work on preparation for oral argument of Edward Young and work on outline of questions that may be asked by the panel on appeal in preparation for Mr. Young's oral argument | 270.00 | 2.40 | 648.00 |
| 11/12/12 | ERY | Preparation for oral argument; rereading briefs and cases | 400.00 | 2.50 | 1,000.00 |

Guardsmark, LLC                                   December 21, 2012
Grand Rapids, Michigan/Scott, Sherri             Bill No.  7774682
Client/Matter:  2902221.000051                      Page 3 of 5

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 11/13/12 | AIA | Review and respond to issues addressed in the report of Malcolm Cohen | 270.00 | 0.60 | 162.00 |
| 11/14/12 | ERY | E-mails to and from G. Leviton regarding ████████████████ | 400.00 | 0.30 | 120.00 |
| 11/14/12 | AIA | Work on distinguishing case law and work on counter arguments to authority relied upon by the EEOC | 270.00 | 2.30 | 621.00 |
| 11/15/12 | AIA | Review and consider Sixth Circuit decision in EEOC v. Cintas vacating attorney fee award against the EEOC and how this ruling can be distinguished from Peoplemark | 270.00 | 2.50 | 675.00 |
| 11/15/12 | ERY | Review Cintas case; draft rebuttal points | 400.00 | 1.00 | 400.00 |
| 11/15/12 | ERY | Office conference regarding distinguishing Cintas case | 400.00 | 0.50 | 200.00 |
| 11/18/12 | ERY | Working on oral argument | 400.00 | 0.50 | 200.00 |
| 11/19/12 | ERY | Working on oral argument | 400.00 | 2.50 | 1,000.00 |
| 11/25/12 | ERY | Reviewing EEOC's initial brief and Peoplemark's Reply Brief | 400.00 | 2.00 | 800.00 |
| 11/26/12 | ERY | Working on oral argument | 400.00 | 2.00 | 800.00 |
| 11/27/12 | ERY | Preparing for oral argument; researching 3 judge panel; outlining distinctions between Cintas case and Peoplemark | 400.00 | 8.50 | 3,400.00 |
| 11/28/12 | ERY | Working on oral argument | 400.00 | 6.00 | 2,400.00 |
| 11/29/12 | ERY | Working on oral argument; outlining remarks on Madden's declarations | 400.00 | 0.50 | 200.00 |
| 11/29/12 | ERY | Office conference regarding distinguishing Cintas decision by 6th Circuit | 400.00 | 0.50 | 200.00 |
| 11/29/12 | AIA | Work on issues in preparation for oral argument of Ed Young | 270.00 | 0.60 | 162.00 |
| 12/01/12 | ERY | Reading cited cases in all briefs to prepare for oral argument | 400.00 | 4.00 | 1,600.00 |
| 12/02/12 | ERY | Reading cited cases in all briefs to prepare for oral argument | 400.00 | 4.00 | 1,600.00 |
| 12/03/12 | ERY | Office conference regarding new cases cited by EEOC | 400.00 | 0.50 | 200.00 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
**Client/Matter: 2902221.000051**

December 21, 2012
Bill No. 7774682
Page 4 of 5

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/03/12 | AIA | Reviewed motion filed by EEOC with Appellate Court; reviewed authority of EEOC v. CRST cited in new notice filed by EEOC | 270.00 | 1.30 | 351.00 |
| 12/04/12 | ERY | Working on opening statement; review and distinguish CRST decision by 8th Circuit | 400.00 | 7.00 | 2,800.00 |
| 12/05/12 | ERY | Office conference regarding Anderson v. Yarp Restaurant; review decision | 400.00 | 0.50 | 200.00 |
| 12/06/12 | ERY | Preparing additional remarks for oral argument | 400.00 | 3.50 | 1,400.00 |
| 12/06/12 | ERY | Telephone call to IAL and G. Leviton regarding ▉▉▉▉ | 400.00 | 0.50 | 200.00 |
| 12/06/12 | ERY | Oral argument before the 6th Circuit | 400.00 | 1.00 | 400.00 |
| | | TOTAL CURRENT FEES | | 86.50 | $  32,052.00 |

### FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| AIA | I I Abdullah | 270.00 | 19.60 | 5,292.00 |
| ERY | E R Young | 400.00 | 66.90 | 26,760.00 |
| | TOTAL CURRENT FEES | | 86.50 | $  32,052.00 |

### ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Computer Research (Pacer Charge) | 10/25/12 | 0.70 |
| Computer Research (Pacer Charge) | 11/01/12 | 0.70 |
| Photo Reproduction Charge Copy; Lt, 11 Page(s) | 11/02/12 | 2.20 |
| Computer Research (Pacer Charge) | 11/02/12 | 3.10 |
| Computer Research (Pacer Charge) | 11/05/12 | 0.70 |
| Photo Reproduction Charge Copy; Lt, 15 Page(s) | 11/06/12 | 3.00 |
| Computer Research (Pacer Charge) | 11/06/12 | 0.90 |
| Computer Research (Pacer Charge) | 11/09/12 | 22.50 |
| Photo Reproduction Charge Copy; Lt, 20 Page(s) | 11/26/12 | 4.00 |
| Computer Research (Pacer Charge) | 11/26/12 | 25.60 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
**Client/Matter: 2902221.000051**

December 21, 2012
Bill No.  7774682
Page 5 of 5

| DESCRIPTION | DATE | AMOUNT |
|---|---|---|
| Photo Reproduction Charge Copy; Lt, 6 Page(s) | 11/27/12 | 1.20 |
| Photo Reproduction Charge Copy; Lt, 37 Page(s) | 11/27/12 | 7.40 |
| Photo Reproduction Charge Copy; Lt, 20 Page(s) | 11/27/12 | 4.00 |
| Photo Reproduction Charge Copy; Lt, 72 Page(s) | 11/27/12 | 14.40 |
| Photo Reproduction Charge Copy; Lt, 41 Page(s) | 11/29/12 | 8.20 |
| Photo Reproduction Charge Copy; Lt, 4 Page(s) | 12/04/12 | 0.80 |
| Long Distance Charge Number Dialed: (513)621-7700, Destination: CINCINNA, OH | 12/04/12 | 0.35 |
| Outgoing Telecopier Charge Number Dialed: 1(513)852-5670, Destination: CINCINNA, OH, Pages Faxed: 7 | 12/05/12 | 7.00 |
| Travel/Expense Edward Young / Invoice: 120512 / Oral argument before the 6th Circuit -- w/e 12-08-2012 | 12/05/12 | 931.39 |
| Photo Reproduction Charge Copy; Lt, 2 Page(s) | 12/06/12 | 0.40 |
| Postage Charge | 12/11/12 | 1.30 |
| TOTAL CURRENT EXPENSES | $ | 1,039.84 |
| TOTAL CURRENT AMOUNT DUE | $ | 33,091.84 |



**BEARMAN, CALDWELL
& BERKOWITZ, PC**

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

# REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

December 21, 2012
Bill No.7774682
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 32,052.00 |
| Current Expenses | $ | 1,039.84 |
| TOTAL AMOUNT DUE | $ | 33,091.84 |



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

---

# SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN  38101

September 10, 2013
Bill No.7863371
Client/Matter:  2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 920.00 |
| TOTAL AMOUNT DUE | $ | 920.00 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON D.C.

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter:  2902221.000051

September 10, 2013
Bill No.  7863371
Page 2 of 2

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 08/07/13 | ERY | Reviewing CRST decision | 400.00 | 0.50 | 200.00 |
| 08/08/13 | ERY | Review EEOC's brief to be certain citations are correct and editing letter to Court of Appeals | 400.00 | 0.50 | 200.00 |
| 08/08/13 | ERY | Drafting letter to the 6th Circuit | 400.00 | 0.30 | 120.00 |
| 08/08/13 | ERY | Finalizing letter and overseeing its filing | 400.00 | 0.50 | 200.00 |
| 08/08/13 | ERY | Conclude review of District Court decisions in CRST; telephone call to G. Leviton regarding ▮▮▮ | 400.00 | 0.50 | 200.00 |
| | | TOTAL CURRENT FEES | | 2.30 | $ 920.00 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| ERY | E R Young | 400.00 | 2.30 | 920.00 |
| | TOTAL CURRENT FEES | | 2.30 | $ 920.00 |

TOTAL CURRENT AMOUNT DUE  $  920.00



**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

---

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

September 10, 2013
Bill No. 7863371
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 920.00 |
| TOTAL AMOUNT DUE | $ | 920.00 |

**TO MAKE A PAYMENT WITH A CREDIT CARD OR TO WIRE FUNDS PLEASE
VISIT WWW.BAKERDONELSON.COM/PAYMENT**



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

# SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN  38101

October 7, 2013
Bill No.7873375
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 520.00 |
| TOTAL AMOUNT DUE | $ | 520.00 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
**Client/Matter: 2902221.000051**

October 7, 2013
Bill No. 7873375
Page 2 of 2

### ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 09/12/13 | ERY | Begin reviewing Bloomberg decision to possibly cite to 6th Circuit | 400.00 | 0.50 | 200.00 |
| 09/18/13 | ERY | Review Bloomberg case; draft letter to 6th Circuit | 400.00 | 0.50 | 200.00 |
| 09/19/13 | ERY | Finalizing letter to 6th Circuit citing Bloomberg case | 400.00 | 0.30 | 120.00 |
| | | TOTAL CURRENT FEES | | 1.30 | $ 520.00 |

### FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| ERY | E R Young | 400.00 | 1.30 | 520.00 |
| | TOTAL CURRENT FEES | | 1.30 | $ 520.00 |

TOTAL CURRENT AMOUNT DUE  $  520.00



## BAKER DONELSON
### BEARMAN, CALDWELL & BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

---

# REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN  38101

October 7, 2013
Bill No.7873375
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 520.00 |
| TOTAL AMOUNT DUE | $ | 520.00 |

**TO MAKE A PAYMENT WITH A CREDIT CARD OR TO WIRE FUNDS PLEASE
VISIT WWW.BAKERDONELSON.COM/PAYMENT**



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

## SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

November 13, 2013
Bill No.7885694
Client/Matter:  2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 1,044.50 |
| Total Current Amount | $ | 1,044.50 |
| Previously Billed and Outstanding | $ | 520.00 |
| TOTAL AMOUNT DUE | $ | 1,564.50 |

ALABAMA • FLORIDA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • TEXAS • WASHINGTON D.C.

Guardsmark, LLC
Grand Rapids, Michigan/Scott, Sherri
Client/Matter: 2902221.000051

November 13, 2013
Bill No. 7885694
Page 2 of 3

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 10/07/13 | ERY | Review majority opinion; telephone conferences with G. Leviton regarding ▬▬▬▬▬ | 400.00 | 0.50 | 200.00 |
| 10/07/13 | AIA | Reviewed 6th Circuit Court of Appeals Rules regarding timing for filing rehearing en banc; reviewed US Supreme Court local rules regarding timing to file writ of cert | 290.00 | 0.40 | 116.00 |
| 10/19/13 | ERY | E-mail from EEOC regarding extension of time; forward to G. Leviton | 400.00 | 0.30 | 120.00 |
| 10/21/13 | SWF | Conduct research re opposing party's ability to obtain stay pending appeal to Supreme Court of United States | 195.00 | 1.50 | 292.50 |
| 10/21/13 | ERY | E-mails from Brusoski; forward to G. Leviton; respond to both; e-mail from Brusoski; e-mail regarding research issues | 400.00 | 0.50 | 200.00 |
| 10/21/13 | AIA | Drafted correspondence to Ed Young regarding research on whether attorneys fees award becomes automatic if Peoplemark prevails on reharing | 290.00 | 0.40 | 116.00 |
| | | TOTAL CURRENT FEES | | 3.60 | $ 1,044.50 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| AIA | I I Abdullah | 290.00 | 0.80 | 232.00 |
| ERY | E R Young | 400.00 | 1.30 | 520.00 |
| SWF | S W Fulgham | 195.00 | 1.50 | 292.50 |
| | TOTAL CURRENT FEES | | 3.60 | $ 1,044.50 |

TOTAL CURRENT AMOUNT DUE   $   1,044.50

**Guardsmark, LLC**                                           November 13, 2013
**Grand Rapids, Michigan/Scott, Sherri**                      Bill No.  7885694
**Client/Matter:  2902221.000051**                            Page 3 of 3

## PREVIOUSLY BILLED AND OUTSTANDING

| BILL NUMBER | BILL DATE | BALANCE |
|---|---|---|
| 7873375 | October 7, 2013 | 520.00 |

|  |  |  |  |
|---|---|---|---|
| TOTAL PREVIOUSLY BILLED AND OUTSTANDING | $ | 520.00 |
| TOTAL AMOUNT DUE | $ | 1,564.50 |



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

---

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

November 13, 2013
Bill No. 7885694
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 1,044.50 |
| Total Current Amount | $ | 1,044.50 |
| Previously Billed and Outstanding | $ | 520.00 |
| TOTAL AMOUNT DUE | $ | 1,564.50 |

**TO MAKE A PAYMENT WITH A CREDIT CARD OR TO WIRE FUNDS PLEASE
VISIT WWW.BAKERDONELSON.COM/PAYMENT**



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

December 10, 2013
Bill No.7895518
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 120.00 |
| Current Expenses | $ | 0.35 |
| Total Current Amount | $ | 120.35 |
| Previously Billed and Outstanding | $ | 1,044.50 |
| . TOTAL AMOUNT DUE | $ | 1,164.85 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
**Client/Matter: 2902221.000051**

December 10, 2013
Bill No.  7895518
Page 2 of 2

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 11/25/13 | ERY | Telephone call to R. Vann, attorney for U.S. Chamber of Commerce regarding motion for reconsideration | 400.00 | 0.30 | 120.00 |
| | | TOTAL CURRENT FEES | | 0.30 $ | 120.00 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| ERY | E R Young | 400.00 | 0.30 | 120.00 |
| | TOTAL CURRENT FEES | | 0.30 $ | 120.00 |

## ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Long Distance Charge Number Dialed: 1(202)783-0010, Destination: Washingt, DC | 10/14/13 | 0.35 |
| TOTAL CURRENT EXPENSES | $ | 0.35 |
| TOTAL CURRENT AMOUNT DUE | $ | 120.35 |

## PREVIOUSLY BILLED AND OUTSTANDING

| BILL NUMBER | BILL DATE | BALANCE |
|-------------|-----------|---------|
| 7885694 | November 13, 2013 | 1,044.50 |
| TOTAL PREVIOUSLY BILLED AND OUTSTANDING | $ | 1,044.50 |
| TOTAL AMOUNT DUE | $ | 1,164.85 |



# BAKER
# DONELSON
## BEARMAN, CALDWELL
## & BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

December 10, 2013
Bill No.7895518
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client: Guardsmark, LLC**
**Matter: Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 120.00 |
| Current Expenses | $ | 0.35 |
| Total Current Amount | $ | 120.35 |
| Previously Billed and Outstanding | $ | 1,044.50 |
| TOTAL AMOUNT DUE | $ | 1,164.85 |

## TO MAKE A PAYMENT WITH A CREDIT CARD OR TO WIRE FUNDS PLEASE VISIT WWW.BAKERDONELSON.COM/PAYMENT



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901 526 2000
FAX: 901 577 2303

www.bakerdonelson.com

# SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

January 14, 2014
Bill No.7910118
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 120.00 |
| Current Expenses | $ | 0.35 |
| Total Current Amount | $ | 120.35 |
| Previously Billed and Outstanding | $ | 1,044.50 |
| TOTAL AMOUNT DUE | $ | 1,164.85 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
**Client/Matter:  2902221.000051**

January 14, 2014
Bill No.  7910118
Page 2 of 2

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 12/20/13 | ERY | Review order from 6th Circuit; forward to G. Leviton ▓▓▓ | 400.00 | 0.30 | 120.00 |
| | | TOTAL CURRENT FEES | | 0.30 | $   120.00 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| ERY | E R Young | 400.00 | 0.30 | 120.00 |
| | TOTAL CURRENT FEES | | 0.30 | $   120.00 |

## ITEMIZED EXPENSES

| DESCRIPTION | DATE | AMOUNT |
|-------------|------|--------|
| Long Distance Charge Number Dialed:  1(202)629-5624, Destination: Washingt, DC | 11/25/13 | 0.35 |
| TOTAL CURRENT EXPENSES | | $   0.35 |
| TOTAL CURRENT AMOUNT DUE | | $   120.35 |

## PREVIOUSLY BILLED AND OUTSTANDING

| BILL NUMBER | BILL DATE | BALANCE |
|-------------|-----------|---------|
| 7885694 | November 13, 2013 | 1,044.50 |
| TOTAL PREVIOUSLY BILLED AND OUTSTANDING | | $   1,044.50 |
| TOTAL AMOUNT DUE | | $   1,164.85 |



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN  38101

January 14, 2014
Bill No. 7910118
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 120.00 |
| Current Expenses | $ | 0.35 |
| Total Current Amount | $ | 120.35 |
| Previously Billed and Outstanding | $ | 1,044.50 |
| TOTAL AMOUNT DUE | $ | 1,164.85 |

**TO MAKE A PAYMENT WITH A CREDIT CARD OR TO WIRE FUNDS PLEASE**
**VISIT WWW.BAKERDONELSON.COM/PAYMENT**



**BAKER**
**DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## SUMMARY

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

February 12, 2014
Bill No.7917778
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

|  |  |  |
|---|---|---|
| Current Professional Services Rendered | $ | 664.00 |
| Total Current Amount | $ | 664.00 |
| Previously Billed and Outstanding | $ | 120.35 |
| TOTAL AMOUNT DUE | $ | 784.35 |

**Guardsmark, LLC**
**Grand Rapids, Michigan/Scott, Sherri**
Client/Matter: 2902221.000051

February 12, 2014
Bill No. 7917778
Page 2 of 2

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|------|------|-------------|-------------|-------|--------|
| 01/06/14 | ERY | E-mails to and from G. Leviton regarding ████ | 400.00 | 0.30 | 120.00 |
| 01/08/14 | ERY | E-mail to G. Leviton regarding ████ o/c re: same | 400.00 | 0.50 | 200.00 |
| 01/08/14 | KLR | Research on 6th Circuit operating procedures for en banc rehearing requests and discussing potential implications for pending request for rehearing with Ed Young | 360.00 | 0.40 | 144.00 |
| 01/28/14 | ERY | Telephone call from 6th Circuit regarding status of appeal | 400.00 | 0.20 | 80.00 |
| 01/29/14 | ERY | Telephone call with Sixth Circuit Clerk regarding status of EEOC's petition | 400.00 | 0.30 | 120.00 |
| | | TOTAL CURRENT FEES | | 1.70 | $    664.00 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|----------|------|-------------|-------|--------|
| ERY | E R Young | 400.00 | 1.30 | 520.00 |
| KLR | K L Roberts | 360.00 | 0.40 | 144.00 |
| | TOTAL CURRENT FEES | | 1.70 | $    664.00 |

TOTAL CURRENT AMOUNT DUE   $    664.00

## PREVIOUSLY BILLED AND OUTSTANDING

| BILL NUMBER | BILL DATE | BALANCE |
|-------------|-----------|---------|
| 7910118 | January 14, 2014 | 120.35 |

TOTAL PREVIOUSLY BILLED AND OUTSTANDING   $    120.35

TOTAL AMOUNT DUE   $    784.35



**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

FIRST TENNESSEE BUILDING
165 MADISON AVENUE
SUITE 2000
MEMPHIS, TENNESSEE 38103
PHONE: 901.526.2000
FAX: 901.577.2303

www.bakerdonelson.com

## REMITTANCE

Gareth C. Leviton
Guardsmark, LLC
PO Box 45
Memphis, TN 38101

February 12, 2014
Bill No.7917778
Client/Matter: 2902221.000051

ERY

EEOC #230-2005-01675

**Client:  Guardsmark, LLC**
**Matter:  Grand Rapids, Michigan/Scott, Sherri**

| | | |
|---|---|---|
| Current Professional Services Rendered | $ | 664.00 |
| Total Current Amount | $ | 664.00 |
| Previously Billed and Outstanding | $ | 120.35 |
| TOTAL AMOUNT DUE | $ | 784.35 |

**TO MAKE A PAYMENT WITH A CREDIT CARD OR TO WIRE FUNDS PLEASE
VISIT WWW.BAKERDONELSON.COM/PAYMENT**