UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

v.

PEOPLEMARK, INC.,

    Defendant.

Case No. 1:08-cv-907
HON. ROBERT J. JONKER

MAGISTRATE JUDGE
HUGH W. BRENNEMAN, JR.

---

**AFFIDAVIT OF EDWARD J. BARDELLI IN SUPPORT OF DEFENDANT'S MOTION FOR APPELLATE ATTORNEY'S FEES**

---

COUNTY OF KENT
STATE OF MICHIGAN

    Comes now Edward J. Bardelli, being first duly sworn, deposes and says:

    1.    I am over the age of eighteen, have personal knowledge of the facts contained in this Affidavit, and am competent to testify thereto.

    2.    I am currently a partner with the law firm of Warner, Norcross and Judd and have been licensed to practice law in Michigan since 1995.

    3.    My professional activities and memberships include: American Bar Association, State Bar of Michigan and the Grand Rapids Bar Association. My legal practice is focused in the areas of Labor and Employment. I have practiced extensively in the federal and state courts of Michigan and in the United States District Court for the Western District of Michigan.

    4.    As a partner, I am familiar with the hourly rates for attorneys and paralegals at my law firm's Grand Rapids office.



1

5. I have discussed the lawsuit at issue generally, and the appeal of the lawsuit specifically, with Edward R. Young and have reviewed the Memorandum of Law in Support of Peoplemark's Motion for Attorney's Fees and Expenses and the Affidavit of Edward R. Young.

6. Based on all of the above, it is my opinion that the hourly rates charged by the shareholders, associates, paralegals, law clerks and litigation support specialists at Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. ("BDBCB") in the appeal of this case are reasonable and within the range of rates customarily charged by attorneys of similar experience and reputation in the Grand Rapids, Michigan area.

Further Affiant sayeth not.

_____
Edward J. Bardelli

SWORN TO AND SUBSCRIBED before me this 1st day of April, 2014.

_____
Dawn M. Jakubowski - Notary Public
Ottawa County- Acting in Kent County, MI
My Commission Expires: 8/5/2014